**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| STEPHANIE LUKIS and ROBERT FISCHER, individually and on behalf of all others similarly situated, | ) ) ) ) | |
| | ) | Case No. _____ |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| INSTANT CHECKMATE, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S LOCAL RULE 3.2 NOTIFICATION OF AFFILIATES

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Defendant certifies as follows:

Pursuant to Fed R. Civ. P. 7.1 and Local Rule 3.2, Instant Checkmate, LLC represents that it has no publicly held affiliates.

Dated:  July 22, 2019                        Respectfully submitted,

                                       DENTONS US LLP


                                       /s/ Natalie J. Spears_____
                                            One of the attorneys for defendant

Natalie J. Spears (6230320)
Aimee E. Graham (6307827)
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL  60606
Telephone:    (312) 876-8000
Facsimile:    (312) 876-7934
natalie.spears@dentons.com
aimee.graham@dentons.com

-and-

Damon W.D. Wright, pro hac vice to be filed
Venable LLP
600 Massachusetts Ave NW
Washington, DC 20001
Telephone:      (202) 344-4937
dwdwright@venable.com

*Attorneys for Defendant Instant Checkmate, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of July 2019 a copy of the foregoing was filed electronically via the ECF filing system.


/s/ Natalie J. Spears


112781241