IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHANIE LUKIS and ROBERT FISCHER, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:19-cv-04892 ) |
| INSTANT CHECKMATE, LLC, | ) ) |
| Defendant. | ) |

**INSTANT CHECKMATE'S UNOPPOSED MOTION
FOR LEAVE TO FILE EXHIBIT UNDER SEAL**

Defendant, Instant Checkmate, LLC ("Instant Checkmate"), by counsel, for its Motion for Leave to File Under Seal Plaintiff Robert Fischer's Instant Checkmate background report, pursuant to Local Rule 26.2, states as follows:

1. Instant Checkmate seeks leave to Plaintiff Fischer's Instant Checkmate background report under seal.

2. Although the information contained in Plaintiff Fischer's Instant Checkmate background report is publicly available, Instant Checkmate understands that Plaintiff Fischer prefers that his background report be filed under seal as it contains biographical information about him

3. On May 13, 2020, the parties conferred and agreed that Instant Checkmate would seek leave to file Plaintiff Fischer's Instant Checkmate background report under seal and that Plaintiffs do not oppose the motion.

4. Accordingly, Instant Checkmate requests leave to file this exhibit under seal.

WHEREFORE, for the foregoing reasons, Defendant Instant Checkmate, LLC, respectfully submits that the court grant its motion for leave to file Plaintiff Fischer's Instant Checkmate background report under seal.

Dated: May 14, 2020

Respectfully submitted,

**INSTANT CHECKMATE,** Defendant

By: /s/Avanti D. Bakane _____
   Avanti D. Bakane, #6299022
   Benjamin R. Kinney #6317720
   Damon W.D. Wright
   GORDON REES SCULLY MANSUKHANI, LLP
   One North Franklin, Suite 800
   Chicago, IL 60606
   Ph: 312-619-4922
   abakane@grsm.com
   bkinney@grsm.com
   dwright@grsm.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May 2020 a copy of the foregoing was filed and served electronically via the ECF filing system.

By: /s/Avanti D. Bakane

Avanti D. Bakane, #6299022
Benjamin R. Kinney #6317720
Damon W.D. Wright
GORDON REES SCULLY MANSUKHANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Ph: 312-619-4922
abakane@grsm.com
bkinney@grsm.com
dwright@grsm.com