# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STEPHANIE LUKIS and ROBERT FISCHER, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) Case No. 1:19-cv-04892 ) |
| v. | ) The Honorable Charles R. Norgle, Sr. ) ) |
| INSTANT CHECKMATE, LLC, | ) ) |
| Defendant. | ) |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule 83.17, defendant Instant Checkmate, LLC hereby requests that the Court withdraw the appearances of Natalie J. Spears and Aimee E. Graham. In support, defendant Instant Checkmate, LLC ("Instant Checkmate"), states as follows:

1. On July 22, 2019, Natalie J. Spears and Aimee E. Graham of Dentons US LLP filed their appearances on behalf of defendant Instant Checkmate to serve as local counsel.

2. Lead counsel for Instant Checkmate, Damon Wright, joined the law firm of Gordon Rees Scully Mansukhani, LLP, in Washington, D.C., shortly before filing his Motion for Leave to Appear Pro Hac Vice on October 29, 2019.

3. On January 16, 2020, Avanti D. Bakane of Gordon Rees Scully Mansukhani, LLP, in Chicago, Illinois, filed her appearance on behalf of defendant Instant Checkmate, and since that time has served, and will continue to serve, as local counsel for Instant Checkmate.

WHEREFORE, defendant Instant Checkmate, LLC hereby requests that the Court withdraw the appearances of Natalie J. Spears and Aimee E. Graham on its behalf.

Dated: May 27, 2020                              Respectfully submitted,

                                                 DENTONS US LLP


                                                 /s/ Natalie J. Spears

Natalie J. Spears (6230320)
Aimee E. Graham (6307827)
Dentons US LLP
233 S. Wacker Drive, Suite 5900
Chicago, IL 60606
Telephone:     (312) 876-8000
Facsimile:     (312) 876-7934
natalie.spears@dentons.com
aimee.graham@dentons.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May 2020, a copy of the foregoing was filed electronically via the ECF filing system.

/s/ Natalie J. Spears

112851966