IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Fischer, Stephanie Lukis, Robert Harper, and Tiffany Adams, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Instant Checkmate LLC,<br><br>Defendants. | Case No. 1:19-cv-04892<br><br>Hon. Judge Gary Feinerman<br><br>Magistrate Judge M. David Weisman |

**DEFENDANT INSTANT CHECKMATE LLC'S UNOPPOSED**
**MOTION FOR LEAVE TO FILE EXHIBITS TO ITS MOTION TO COMPEL UNDER SEAL**

Defendant Instant Checkmate LLC ("Instant Checkmate") respectfully moves this Court, pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 26.2, for leave to file under seal Exhibit G, Exhibit H and Exhibit I to the Declaration of Debbie Berman in support of Instant Checkmate's Motion To Compel Plaintiff Robert Fischer To Produce Previously Agreed Upon Documents. In support of this motion, Instant Checkmate states as follows:

1. Today, February 25, 2021, Instant Checkmate filed a Motion To Compel Plaintiff Robert Fischer To Produce Previously Agreed Upon Documents and memorandum in support of this motion. Exhibits G, H and I to the declaration of Debbie Berman in support of this motion are documents that plaintiff Stephanie Lukis has produced and designated as Confidential under the protective order in place in this case. *See* Dkt. No. 99.

2. Accordingly, pursuant to Local Rule 26.2(c), Instant Checkmate has provisionally filed these exhibits under seal.

3. As the Seventh Circuit has recognized, a Court may keep documents or portions thereof under seal if "there is good cause for sealing a part or the whole of the record." *Citizens First Nat'l Bank of Princeton v. Cincinnati Ins. Co.*, 178 F.3d 943, 945 (7th Cir. 1999); *see also* Local Rule 26.2(b) (applying "good cause" standard). Accordingly, the Court may seal filings if there are "legitimate concerns of confidentiality." *Grove Fresh Dist., Inc. v. Everfresh Juice Co.*, 24 F.3d 893, 898 (7th Cir. 1994).

4. Here, Exhibits G, H and I to the Declaration of Debbie Berman in support of Instant Checkmate's motion to compel are documents that Fischer has produced and designated as confidential and good cause exists to file these documents under seal.

5. Plaintiffs' counsel has indicated that he does not oppose this request.

WHEREFORE, Instant Checkmate respectfully requests the Court enter an order granting it leave to file Exhibits G, H and I to the Declaration of Debbie Berman in support of its motion to compel under seal.

Dated:  February 25, 2021

Respectfully submitted,

INSTANT CHECKMATE LLC

By: /s/ Debbie L. Berman

Debbie L. Berman, #6205154
Wade A. Thomson, # 6282174
Clifford W. Berlow, #6292383
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone:  312 222-9350
Facsimile: 312 527-0484
dberman@jenner.com
wthomson@jenner.com
cberlow@jenner.com

Ian Heath Gershengorn (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000
Facsimile: 202 639-6066
igershengorn@jenner.com

Avanti D. Bakane, #6299022
GORDON REESE SCULLY MANSUKANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: 312 619-4922
abakane@grsm.com

Damon W.D. Wright (*pro hac vice*)
GORDON REESE SCULLY MANSUKANI, LLP
1101 King St., Suite 520
Alexandria, VA 22314
Telephone: 703 650-7016
dwright@grsm.com

*Attorneys for Defendant Instant Checkmate LLC*

**CERTIFICATE OF SERVICE**

 I, Debbie L. Berman, certify that on February 25, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

               /s/ *Debbie L. Berman*
                Debbie L. Berman