# **EXHIBIT E**

| | |
|---|---|
| **From:** | Berman, Debbie L. |
| **Sent:** | Friday, January 8, 2021 3:34 PM |
| **To:** | Roberto Luis Costales; Thomson, Wade A.; Damon Wright; William H. Beaumont |
| **Subject:** | RE: Fischer v. Instant Checkmate |

Roberto:

I would like to take you up on your offer to schedule a call to discuss plaintiffs' responses, including production of their social media.

Can you talk before the dep Wednesday – maybe 10 am? Or right after? If not, how about Thursday 1-3?

Take care and be well.

Best,
Debbie

---

**From:** Roberto Luis Costales <rlc@beaumontcostales.com>
**Sent:** Friday, January 8, 2021 2:49 PM
**To:** Thomson, Wade A. <WThomson@jenner.com>; Berman, Debbie L. <DBerman@jenner.com>; Damon Wright <dwright@grsm.com>; William H. Beaumont <whb@beaumontcostales.com>
**Subject:** Fischer v. Instant Checkmate

External Email – Exercise Caution

Wade:

Attached are Plaintiffs' responses to Defendant's November 17, 2020 discovery requests. Thanks again for the extension. We were unsure how much of the Plaintiffs' social media information Defendant was requesting. Feel free to schedule a conference for us to discuss and I can see if we can get that information over to you.

Thank you,

Roberto

--
The information contained in this transmission may contain privileged and confidential communications. It is intended only for the use of person(s) named above. If you are not the intended recipient(s), you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient(s), please contact the sender by reply e-mail and kindly destroy all copies of the original message.

**Debbie L. Berman**

**Jenner & Block LLP**
353 N. Clark Street, Chicago, IL 60654-3456  |  jenner.com
+1 312 923 2764 | TEL
+1 312 317 9377 | MOBILE
+1 312 840 7764 | FAX
DBerman@jenner.com
Download V-Card  |  View Biography

CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.