# EXHIBIT Q

  Rob | Home



**Event Invitations**
Event invitations you've received
View on Facebook

---

**Drive Thru Christmas Light Up Parade**

From Nov 27, 2020, 6:00 PM to Nov 27, 2020, 8:30 PM

---

**2020 Garage Sales!**

From Nov 23, 2020, 1:00 PM to Nov 30, 2020, 1:00 PM

---

**Australian Animals: Donate for Food & Vet Care**

Jan 26, 2020, 8:00 PM

---

**National Try Hockey for Free Day**

From Nov 9, 2019, 3:30 PM to Nov 9, 2019, 5:30 PM

---

**Spooky Skate**

From Oct 25, 2019, 7:45 PM to Oct 25, 2019, 9:45 PM

---

**Back 2 School Party!**

From Aug 17, 2019, 1:00 PM to Aug 17, 2019, 4:00 PM

---

**Comedy Night at Steam Hollow Brewery**

From Aug 2, 2019, 7:00 PM to Aug 2, 2019, 11:30 PM

---

**Summer Celebration!**

From Jul 21, 2019, 1:00 PM to Jul 21, 2019, 4:00 PM

---

**Make Music Day**

From Jun 21, 2019, 12:00 PM to Jun 21, 2019, 7:00 PM

Pl.'s Bates No.000077

  Rob | Home

From Jun 14, 2019, 1:00 PM to Jun 14, 2019, 3:00 PM

### Concerts in the Park

From Jun 1, 2019, 6:00 PM to Jun 1, 2019, 9:00 PM

### Bloody Mary

From Apr 27, 2019, 12:00 PM to Apr 27, 2019, 4:00 PM

### Sensei Steve's Karate Invitational Tournament

From Apr 27, 2019, 10:00 AM to Apr 27, 2019, 1:30 PM

### Snow Day Festival

From Jan 19, 2019, 12:00 PM to Jan 19, 2019, 4:00 PM

### Kid's New Years Eve Party

From Dec 31, 2018, 1:00 PM to Dec 31, 2018, 3:00 PM

### Gallery of Trees AT NIGHT

From Dec 21, 2018, 4:00 PM to Dec 21, 2018, 8:00 PM

### A Night at the Museum 2018

From Dec 20, 2018, 6:00 PM to Dec 20, 2018, 10:00 PM

### How the Grinch Stole Breakfast

From Dec 15, 2018, 10:00 AM to Dec 15, 2018, 11:00 AM

### 2nd Annual Cookies and Skating with Santa

From Dec 9, 2018, 1:00 PM to Dec 9, 2018, 4:00 PM

### Caroling Campfire

Pl.'s Bates No.000078

  Rob | Home

### Santa on the Square & the Lighting of Main Street

From Dec 1, 2018, 3:00 PM to Dec 1, 2018, 8:00 PM

### Festival of Lights and Tree Sales

From Nov 23, 2018, 9:00 AM to Nov 23, 2018, 9:00 PM

### Black Wednesday Tribute Night featuring Stone Type Thing

From Nov 21, 2018, 10:00 PM to Nov 22, 2018, 1:00 AM

### The BMO Harris Magnificent Mile Lights Festival

From Nov 17, 2018, 11:00 AM to Nov 17, 2018, 7:30 PM

### Jacobite Whisky Adventure

From Nov 3, 2018, 4:01 AM to Nov 3, 2018, 1:01 PM

### Trunk or Treat at Court Street Ford

From Oct 30, 2018, 5:00 PM to Oct 30, 2018, 7:30 PM

### Mall-O-Ween Trick or Treating and Costume Contest

Oct 30, 2018, 5:00 PM

### Halloween Weekend

From Oct 26, 2018, 6:00 PM to Oct 27, 2018, 2:00 PM

### Halloween Downtown - Kankakee Illinois

From Oct 21, 2018, 10:00 AM to Oct 21, 2018, 4:00 PM

### World Wide Day of Play

From Sep 22, 2018, 11:00 AM to Sep 22, 2018, 1:00 PM

Pl.'s Bates No.000079

Case: 1:19-cv-04892 Document #: 129-18 Filed: 02/25/21 Page 5 of 5 PageID #:1131  Event Invitations

  Rob | Home

From Aug 18, 2018, 1:00 PM to Aug 18, 2018, 5:00 PM

**Summer Celebration at the Exploration Station**

From Aug 12, 2018, 1:00 PM to Aug 12, 2018, 4:00 PM

**Little Me Studio at Feed**

From Aug 11, 2018, 9:00 AM to Aug 11, 2018, 11:00 AM

**Shooting Stars Viewing Party at Plum Creek Nature Center**

From Jul 31, 2018, 9:00 PM to Jul 31, 2018, 10:30 PM

**Summer Sundays - Legoland Day at Brookfield Zoo**

From Jul 22, 2018, 9:30 AM to Jul 22, 2018, 4:00 PM

**Summer Nights Concerts - Rod Tuffcurls and the Bench Press**

From Jul 13, 2018, 4:00 PM to Jul 13, 2018, 9:00 PM

**Sensei Steve's Open House**

From Feb 10, 2018, 9:00 AM to Feb 11, 2018, 1:00 PM

Generated by Rob Fischer on Friday, January 22, 2021 at 3:39 PM UTC-06:00
Contains data from January 1, 2018 to January 21, 2021

Pl.'s Bates No.000080