# EXHIBIT 5
# PUBLIC REDACTED VERSION







# My Activity

Jul 11, 2019

**Google Analytics**
7:26 AM

Visited www.instantcheckmate.com/

Google Analytics • Details

Dec 21, 2017

**Search**
8:56 PM

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                     Pl.'s Bates No. 000506

☰ My Activity

**Visited www.instantcheckmate.com/**

Google Analytics • Details

---

**Dec 21, 2017**

---

Search
8:56 PM

**Visited How to Opt Out of the Most Popular People Searc...**

Search • Details

**Visited Remove Your Info From Instant Checkmate**

Search • Details

**Searched for how to opt out instant checkmate**

📍 • Search • Details

**Visited**
**https://www.safeshepherd.com/handbook/instantch...**

Search • Details



# ☰ My Activity

Popular People Searc...

Search • Details

---

**Visited** Remove Your Info From Instant Checkmate

Search • Details

---

**Searched for** how to opt out instant checkmate

◉ • Search • Details

---

**Visited**

https://www.safeshepherd.com/handbook/instantch...

Search • Details

---

## Apr 24, 2017  🗑

---

📄 **Ads** ✕
11:47 AM

---

**Visited** http://tracking.instantcheckmate.com/?a=53&oc=1...

Ads • Details

Looks like you've reached the end