IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Robert Fischer, Stephanie Lukis, and Tiffany Adams, individually and on behalf of all others similarly situated, | ) | CIVIL ACTION NO: 19-cv-4892 |
| *Plaintiffs,* | ) | JUDGE FEINERMAN |
| v. | ) | MAG. WEISMAN |
| Instant Checkmate LLC, | ) | |
| *Defendant.* | ) | |

**DECLARATION OF WILLIAM BEAUMONT**

William Beaumont, Esq. declares as follows:

1. I am one of the attorneys for the Plaintiffs in the above-captioned matter and I submit this declaration in support of Plaintiffs' Motion for Class Certification. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

2. Pursuant to the parties' agreement in open court on February 26, 2021, I conducted an inspection of Instant Checkmate's website, instantcheckmate.com, (hereinafter the "Website") on March 15, 2021.

3. Attached as Exhibit 1 to this declaration is a true and accurate copy of search results I obtained when I entered the name "Tiffany Adams" into the search bar on the Website.

4. Attached as Exhibit 2 to this declaration is a true and accurate copy of search results I obtained when I entered the name "Stephanie Lukis" into the search bar on the Website.

5. Attached as Exhibit 3 to this declaration is a true and accurate copy of search results I obtained when I entered the name "Robert Harper" into the search bar on the Website.

6. Attached as Exhibit 4 to this declaration, Plaintiffs' Bates No. 510, is a true and accurate copy of SEO Directory listings available on the Website when I searched for the name "Tiffany Adams" and "in Illinois" in the SEO Directory portion of the Website.

7. Attached as Exhibit 5 to this declaration is a true and accurate copy of SEO Directory listings available on the Website when I searched for the name "Stephanie Lukis" and no accompanying location in the SEO Directory portion of the Website.

8. Plaintiffs are moving for class certification after conducting discovery in this matter for roughly 9 months. There is sufficient evidentiary support in Plaintiffs class certification motion based on this discovery, which has included six depositions and detailed written discovery.

9. Litigation in this case has been extensive. Including Plaintiffs' Motion for Class Certification, there have been at least 11 contested motions filed by the parties.

10. Litigation costs to my firm for this case are roughly $8,000.

11. My co-counsel Roberto Costales and I are the partners of our firm, Beaumont Costales LLC. We have been in practice together for approximately ten years and have offices in Chicago, Illinois and New Orleans, Louisiana.

12. Mr. Costales and I have been named lead class counsel in more than twenty other collective and class action cases, including but not limited to: *Goldschmidt v. Rack Room Shoes, Inc*., Case No. 18-CV-21220 (S.D. Fl. Jan. 15, 2020); *De La Rosa v. Collision Damage Experts Group, LLC* Case No. 17-CH-14760 (Cir. Ct. Cook County 2020); *Maldonado v. New Orleans Millworks*, LLC, Case No. 17-CV-1015 (E.D. La. Mar. 14, 2018); *Nieto v. Pizzati Enterprises, Inc*., Case No. 16-CV-5352, (E.D. La. Mar. 28, 2017); *Murillo v. Coryell Cnty. Tradesmen, LLC*, Case No. 15-CV-3641 (E.D. La. Sept. 21, 2016); *Calix v. Ashton Marine LLC,* Case No. 14-CV-

2430 (E.D. La. March 25, 2015); *Esparza v. Kostmayer Construction*, Case No. 15-CV-4644 (E.D. La. July 1, 2016); *Leon v Diversified Concrete*, Case No. 15-CV-6301 (E.D. La. Oct. 26, 2016).

* * *

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed in New Orleans, Louisiana on May 14, 2021.

*/s/ William Beaumont*

# Exhibit 1

to the Declaration of William Beaumont

Stephanie Lukis ALL - Instant Che

instantcheckmate.com/results/?traffic%5Bsource%5D=ICMSEO&firstName=Stephanie&lastName=Lukis&city=&state=ALL&gender=skip&qLocation=false...

**OPEN YOUR REPORT ON:**

**STEPHANIE LUKIS**
**ALL STATES**

**Next Steps:** Find a result that matches whom you're looking for the most. You can click the headers to sort the results. Once you find a match, click "Open Report" to continue to the report.

**Search Tip:** Try adding a middle initial, current or previous city, and/or approximate age

Modify Search

| NAME | AGE | LOCATION | POSSIBLE RELATIVES | VERIFIED RESULT | FULL REPORT |
|---|---|---|---|---|---|
| **Stephanie J. Lukis**<br>aka: Stephanie J. Lukis, Stephanie J. Flanigan, Stephani J. Falmingan | 40 | Chesapeake, VA<br>Woodlawn, TN<br>Panama City Beach, FL<br>Clarksville, TN<br>Baltimore, MD<br>Virginia Beach, VA<br>Russellville, KY<br>Fallon, NV<br>Cunningham, TN<br>Las Vegas, NV<br>Pixley, CA | Ana Lukis<br>Franklin Lukis<br>Franko Lukis | | OPEN REPORT |
| **Stephanie M. Lukis**<br>aka: Stephanie M. Lukis, Stephanie S. Klatte, Stephanie M. Klatte, Stephanie Klatt, Stephanie M. Malmgren, Steph Malmgren, Stephani Klatte | 44 | Herndon, VA<br>Chicago, IL<br>Homewood, IL<br>Lorton, VA<br>Fairfax, VA<br>Stafford, VA<br>Sterling, VA<br>Reston, VA<br>Alexandria, VA<br>Ashburn, VA<br>Spring, TX<br>Houston, TX<br>Alexandria, MN | Deborah Egan<br>Arlene Garcia<br>Brian Klatte<br>Susan Klatte<br>Dawn Lukis<br>Joseph Lukis<br>Matthew Lukis | | OPEN REPORT |
| **Sheyzee S. Mcnutt**<br>aka: Sheyzee S. Mcnutt, Sheyzee C. Mcnutt, Sheyzee C. Mcnutt Lukis, Sheyzee M. Nutt, Sheyzee Lukis | | Aston, PA<br>Chester, PA<br>Glen Mills, PA<br>Holmes, PA<br>Aston Township, PA<br>Hialeah, FL<br>Bronx, NY | Israel Lukis<br>Shanida Lukis | | OPEN REPORT |

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

All Rights Reserved.

Awesome Screenshot & Screen Recorder is sharing your screen. Stop sharing Hide

# Exhibit 2

to the Declaration of William Beaumont

Tiffany Adams IL - Instant Checkm

instantcheckmate.com/results/?traffic%5Bsource%5D=ICMSEO&firstName=Tiffany&lastName=Adams&city=willowbrook&state=IL&qLocation=false&qRe...

OPEN YOUR REPORT ON:

TIFFANY ADAMS
ILLINOIS

**Next Steps:** Find a result that matches whom you're looking for the most. You can click the headers to sort the results. Once you find a match, click "Open Report" to continue to the report.

**Search Tip:** Try adding a middle initial, current or previous city, and/or approximate age

Modify Search

| NAME | AGE | LOCATION | POSSIBLE RELATIVES | VERIFIED RESULT | FULL REPORT |
|---|---|---|---|---|---|
| Tiffany R. Adams | 42 | Willowbrook, IL<br>Broadview, IL<br>Forest Park, IL<br>Maywood, IL<br>Hialeah, FL | Larry Adams<br>Latoya Adams<br>Gloria Jones | | OPEN REPORT |
| Tiffany R. Adams | 42 | Forest Park, IL<br>Willowbrook, IL<br>Maywood, IL<br>Broadview, IL | Cissany Adams | | OPEN REPORT |

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2021 INSTANT CHECKMATE LLC All Rights Reserved.

Awesome Screenshot & Screen Recorder is sharing your screen. Stop sharing Hide

# Exhibit 3

to the Declaration of William Beaumont

Sort By: Relevance | Name | Age | Verified

Denise F.
Instant Checkmate User
★★★★★
Thank you he is a cheater and i am his wife.

OPEN YOUR REPORT ON:
ROBERT HARPER
ILLINOIS

**Next Steps:** Find a result that matches whom you're looking for the most. You can click the headers to sort the results. Once you find a match, click "Open Report" to continue to the report.

**Search Tip:** Try adding a middle initial, current or previous city, and/or approximate age

Modify Search

| NAME | AGE | LOCATION | POSSIBLE RELATIVES | VERIFIED RESULT | FULL REPORT |
|---|---|---|---|---|---|
| Robert Harper | 55 | Chicago, IL | Anthony Harper<br>Doris Harper<br>Shannon Harper | | OPEN REPORT |
| Robert E. Harper | 66 | Chicago, IL<br>Alsip, IL<br>New Orleans, LA | Donald Harper<br>Jason Harper<br>Mary Harper<br>Maurice Harper<br>Paulette Harper<br>Phinton Harper<br>Quentin Harper<br>Robert Harper<br>Robyn Harper<br>Temar Harper<br>William Harper | | OPEN REPORT |
| Robert E. Harper<br>aka: Robert E. Harper, Robt E. Harper | 72 | Chicago, IL<br>Evansville, IN<br>Muncie, IN | Carol Harper<br>Laura Harper<br>Lee Harper<br>Londell Harper<br>Marcus Harper | | OPEN REPORT |
| Robert E. Harper | 90 | Appleton, WI<br>Chicago, IL | Margaret Harper | | OPEN REPORT |
| Robert F. Harper<br>aka: Robert F. Harper, Robert M. Harper, Rober F. Harper | 67 | Hazel Crest, IL<br>Chicago, IL | Albert Harper<br>Charles Harper<br>Dorothy Harper<br>Francesca Harper<br>Janelle Harper<br>Naomi Harper<br>Rance Harper<br>Rianna Harper | | OPEN REPORT |
| Robert L. Harper | 68 | Chicago, IL<br>Flora, IL | Anthony Harper<br>Bobbie Harper<br>Brandon Harper<br>Jamiere Harper<br>Johnnie Harper<br>Roger Harper<br>Tyler Harper<br>Tiffany Patterson<br>Artie Sykes | | OPEN REPORT |
| Robert W. Harper<br>aka: Robert W. Harper, Robert K. Harp | 76 | O Fallon, IL<br>Chicago, IL<br>Grove City, OH<br>Cary, IL<br>Bolingbrook, IL | Rkymn Harp<br>Ronald Harp<br>Andrea Harper<br>Ashley Harper<br>Brian Harper<br>David Harper<br>Elyse Harper<br>Harold Harper<br>Junior Harper<br>Lucille Harper<br>Lucy Harper<br>Michael Harper<br>Ronald Harper<br>Sarah Harper<br>Steven Harper<br>Vicki Harper<br>William Harper | | OPEN REPORT |
| Robert B. Harper | 86 | Chicago, IL<br>Mount Vernon, OH<br>Jersey City, NJ | Beatrice Harper<br>Bonnie Harper<br>Rickey Harper<br>William Harper | | OPEN REPORT |
| Robert E. Harper<br>aka: Robert E. Harper, R J. Harper, Robert C. Harper | 60 | Calumet Park, IL<br>Chicago, IL<br>Cascade, MD | Theresa Brazzle<br>Arlene Harper<br>Fabian Harper<br>Jacqueline Harper<br>Kenyatta Harper<br>Marlene Harper<br>Mikayla Harper<br>Oliver Harper<br>Robert Harper<br>Tekeyia Harper<br>Tomeka Harper<br>Toymeka Harper<br>Darlene Jackson<br>Deborah Nyasende | | OPEN REPORT |
| Robert H. Harper<br>aka: Robert H. Harper, Robt Harper, Robert L. Harper, Bob Harper, Robert H Harper | 76 | Chicago, IL<br>Winnetka, IL<br>Inverness, IL<br>Snowmass, CO<br>Palm Beach, FL<br>Marco Island, FL<br>Delavan, WI<br>Lawrence, KS<br>Pittsfield, MA<br>Denver, CO | Shale Brotzman<br>Wendy Chance<br>Blake Harper<br>Bonnie Harper<br>Brandon Harper<br>Catherine Harper<br>Donna Harper<br>Lauren Harper<br>Robert Harper<br>Tyson Harper | | OPEN REPORT |
| Robert K. Harper<br>aka: Robert K. Harper, Roabert K. Harper, Robt Harper, Bob Harper, Robert D. Harper, Robert O. Harper | 56 | Bellwood, IL<br>Chicago, IL | Antoinette Harper<br>Barbara Harper<br>Bonnie Harper<br>Carmella Harper<br>Charles Harper<br>Charlie Harper<br>Deja Harper<br>Farry Harper<br>Kahlil Harper<br>Mikey Harper<br>Queena Harper<br>Queenie Harper<br>Teja Harper | | OPEN REPORT |
| Robert M. Harper<br>aka: Robert M. Harper, Robert R. Harper | 32 | Chicago, IL | Gail Coleman<br>Shelita Davis<br>Charice Harper<br>David Harper<br>Debonna Harper<br>Eddie Harper<br>Elizabeth Harper<br>Enisha Harper<br>Erwin Harper<br>Lagone Harper<br>Margaret Harper<br>Rudolph Harper<br>Tiffany Harper<br>Walter Harper | | OPEN REPORT |
| Robert T. Harper | 34 | Chicago, IL<br>Cairo, IL | Debra Harper<br>Deonte Harper<br>Javontay Harper<br>Latina Harper<br>Robert Harper<br>Tahndrea Harper<br>William Harper | | OPEN REPORT |
| Robert V. Harper<br>aka: Robert V. Harper, R Harper | 70 | Elmwood Park, IL<br>Chicago, IL<br>Macon, MS<br>Hillside, IL<br>Crawford, MS | Barbara Harper<br>Richard Harper<br>Walter Harper<br>Elizabeth Stanton<br>Tanisha Staples | | OPEN REPORT |
| Robert C. Harper<br>aka: Robert C. Harper, Robert C. Yarper, Robert C. Harperiii | 58 | Evergreen Park, IL<br>Palos Hills, IL | Ashley Harper<br>Barbara Harper<br>Bryan Harper<br>Eileen Harper<br>Joyce Harper<br>Robert Harper<br>Rodney Harper | | OPEN REPORT |
| Robert L. Harper | 65 | Chicago, IL<br>Oak Park, IL | Margie Campbell<br>Alex Harper<br>Benjamin Harper<br>Floria Harper<br>James Harper<br>Larry Harper<br>Mardesia Harper<br>Terry Harper<br>William Ross | | OPEN REPORT |
| Robert Harper | 78 | Calumet Park, IL<br>Dolton, IL<br>Riverdale, IL | Kenneth Harper | | OPEN REPORT |
| Robert E. Harper<br>aka: Robert E. Harper, Robert L. Harper, Robert Harper, Robert E. Lee Harper, Robert E. Harper Junior | 47 | Chicago, IL<br>Hamtramck, MI<br>Detroit, MI | Latoya Boston<br>Angela Harper<br>Antonio Harper<br>Cenetta Harper<br>Dorothy Harper<br>Elaine Harper<br>Frankie Harper<br>Gerald Harper<br>Johnny Harper<br>Katina Harper<br>Leandrew Harper<br>Robin Harper<br>Toyan Harper<br>Deborah Reeves | | OPEN REPORT |
| Robert L. Harper | 47 | Chicago, IL | Latoya Boston<br>Robert Harper | | OPEN REPORT |
| Robert P. Harper | 23 | Bellwood, IL<br>Chicago, IL | Deja Harper<br>Mikey Harper<br>Robert Harper<br>Teja Harper | | OPEN REPORT |
| Robert Harper<br>aka: Robert Harper, Robert Richmond, Robert Ridgemont | 45 | Lynwood, IL<br>Lansing, IL<br>Bellwood, IL<br>Chicago, IL<br>Griffith, IN<br>Hammond, IN | Calvert Harper<br>David Harper<br>Deborah Harper<br>Earlie Harper<br>Jerell Harper<br>Loretta Harper<br>Ora Harper<br>Willie Harper<br>Lorraine James<br>Latonae Richmond<br>Robert Richmond<br>Tamika Richmond<br>Artie Sykes | | OPEN REPORT |
| Robert H. Harper | 79 | Chicago, IL | Ruby Harper | | OPEN REPORT |
| Robert J. Harper | 45 | Chicago, IL | Deborah Hamada | | OPEN REPORT |
| Robert J. Harper | 50 | Chicago, IL<br>Belleville, IL<br>Cheyenne, WY<br>Milwaukee, WI<br>Carbondale, IL | | | OPEN REPORT |
| Robert B. Harper<br>aka: Robert B. Harper, Robert J. Harper | 52 | Chicago, IL | Carmelia Harper | | OPEN REPORT |
| Robert G. Harper | 61 | Roselle, IL<br>Chicago, IL | Sara Cacal<br>Debra Harper<br>Faye Harper<br>Michael Harper<br>Neal Harper<br>Neil Rambert | | OPEN REPORT |
| Robert C. Harper | 82 | Evergreen Park, IL<br>Palos Hills, IL | Barbara Harper<br>Eileen Harper<br>Joyce Harper<br>Robert Harper<br>Rodney Harper | | OPEN REPORT |
| Robert C. Harper | 64 | Evergreen Park, IL<br>Palos Hills, IL | Ashley Harper<br>Barbara Harper<br>Bryan Harper<br>Eileen Harper<br>Joyce Harper<br>Robert Harper<br>Rodney Harper | | OPEN REPORT |
| Robert W. Harper<br>aka: Robert W. Harper, Bob W. Harper, Robert A. Harper | 65 | Evanston, IL<br>Essex, NY<br>Gardena, CA<br>Chicago, IL<br>La Salle, IL<br>Streator, IL | Eliza Harper<br>Robert Harper<br>Sarah Harper<br>Susan Harper<br>Wendy Colleen Harper<br>Wendy Miller | | OPEN REPORT |
| Robert J. Harper<br>aka: Robert J. Harper, R Harper | 56 | Berwyn, IL<br>Forest Park, IL<br>Chicago, IL | Claire Harper<br>Jonathan Harper<br>Loretta Harper | | OPEN REPORT |
| Robert L. Harper | 76 | Chicago, IL | | | OPEN REPORT |
| Robert L. Harper | 70 | [illegible] | [illegible] | | OPEN REPORT |
| Robert Harper | 85 | Chicago, IL | | | OPEN REPORT |
| Robert Harper | 66 | Chicago, IL | | | OPEN REPORT |
| Robert Harper | 83 | Chicago, IL | | | OPEN REPORT |
| Robert Harper | 84 | Chicago, IL | | | OPEN REPORT |
| Robert Harper | 72 | Chicago, IL | | | OPEN REPORT |
| Robin D. Harper<br>aka: [illegible] | 52 | [illegible] | [illegible] | | OPEN REPORT |
| Robyn C. Harper<br>aka: [illegible] | 36 | [illegible] | [illegible] | | OPEN REPORT |
| Robbie L. Harper | 71 | [illegible] | [illegible] | | OPEN REPORT |
| Donna L. Harper<br>aka: [illegible] | 62 | [illegible] | [illegible] | | OPEN REPORT |
| Bobbie J. Harper<br>aka: [illegible] | 73 | [illegible] | [illegible] | | OPEN REPORT |
| Robin R. Booker<br>aka: Robin R. Booker, Robin Harper, Robyn R. Harper, Robyn R. Booker, Robin R. Booker-harper, Robyn Brookins | 52 | Chicago, IL | Bonnie Booker<br>Brian Booker<br>Johnathan Booker<br>Mamie Booker<br>Stanley Booker<br>Tangie Booker<br>Theresa Booker<br>William Booker<br>Mary Ghousheh<br>Adrianne Harper<br>Sylvester Harper | | OPEN REPORT |
| Robin Beauchamp<br>aka: Robin Beauchamp, R Beauchamp, Robin K. Beauchamp, Robin Deauchamp, Robin Harper | 80 | Chicago, IL | Jackie Harper<br>Sarah Harper | | OPEN REPORT |
| Robin L. Christie<br>aka: Robin L. Christie, Robin L. Harper | 40 | Arlington Heights, IL<br>Salem, WI<br>Chicago, IL<br>Kansas City, MO<br>Mount Prospect, IL<br>Skokie, IL | Bonita Christie<br>Ryan Christie<br>Akeya Harper<br>Diane Harper<br>Stephen Harper<br>Steve Harper | | OPEN REPORT |
| Robert Harper | | Chicago, IL | | | OPEN REPORT |
| Robert Harper | | Chicago, IL | Jerell Harper<br>Robert Harper | | OPEN REPORT |
| Robert F. Harper | | Chicago, IL | Robert Harper | | OPEN REPORT |
| Robert V. Harper | | Chicago, IL | Robert Harper | | OPEN REPORT |
| Robert K. Harper | 55 | Cicero, IL | | | OPEN REPORT |
| Robert J. Harper | 29 | Chicago, IL | | | OPEN REPORT |
| Robin L. Harper | 40 | Chicago, IL | | | OPEN REPORT |
| Robert Harper | | Chicago, IL | | | OPEN REPORT |
| Robert E. Harper | | Chicago, IL | | | OPEN REPORT |
| Robert J. Harper | | Chicago, IL | | | OPEN REPORT |
| Robert Harper | | Chicago, IL | | | OPEN REPORT |
| Robert Harper | | Chicago, IL | | | OPEN REPORT |
| Robert Harper | | Chicago, IL | | | OPEN REPORT |
| Robert C. Harper | | Evergreen Park, IL | | | OPEN REPORT |
| Robert Harper | | Chicago, IL | | | OPEN REPORT |

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2021 INSTANT CHECKMATE LLC All Rights Reserved.

# Exhibit 4

to the Declaration of William Beaumont

# Tiffany Adams in Illinois

We have 48 records for Tiffany Adams ranging in age from 33 years old to 79 years old. Tiffany has been found in 18 cities including Chicago, Willowbrook, Forest Park, Oak Park, Homewood, and 13 others. Possible related people for Tiffany Adams include Larry D Adams, Latoya D Adams, Gloria D Jones, Cissany R Adams, Alexander Grant Adams, and many others. On file we have 37 emails for Tiffany including breezybre*********@gmail.com, tadam*****@gmail.com, roxy****@aol.com, and 34 other email addresses. On record we show 56 phone numbers associated with Tiffany in area codes such as 708, 773, 407, 727, 309, and 9 other area codes. You can view more information on Tiffany Adams below.

**48 results** found for Tiffany Adams in Illinois.

### Refine Your Results

**SELECT CITY**

Chicago
Willowbrook
Forest Park
Oak Park
Show more (+)

**SELECT STATE**

Alaska (11)
Alabama (76)
Arkansas (30)
Arizona (26)
Show more (+)

**SELECT AGE**

31-40
41-50
Reset Age Filter

## Tiffany Sharise Adams

Homewood, Illinois

OPEN FULL REPORT

50 year old female

**Locations**
Tiffany Sharise Adams has lived in Homewood, IL 60430; Chicago, IL 60653; Park Forest, IL 60466; University Park, IL 60484; Richton Park, IL 60471; Country Club Hills, IL 60478; Orlando, FL 32839; Windermere, FL 34786; Kellyton, AL 35089; Atlanta, GA 30345; Norcross, GA 30093; Los Angeles, CA 90046

**Tiffany Sharise Adams Addresses**
Click Here For Tiffany Sharise Adams's Current Address

2315 Midtown Ter Apt 1415, Orlando, FL 32839-4536
3550 S Rhodes Ave, Chicago, IL 60653-1273
413 Watseka St, Park Forest, IL 60466-1307
4725 Hickory Creek Dr Apt 6, University Park, IL 60484-3081
8800 Buena Pl Apt 11303, Windermere, FL 34786-9439
22411 Butterfield Rd Apt 405, Richton Park, IL 60471-1938
2202 Plaster Rd Ne, Atlanta, GA 30345-4500
4138 191st Pl, Country Club Hills, IL 60478-5804
6055 S Norcross Tucker Rd Apt E7, Norcross, GA 30093-1318

**Phone Numbers**
(708) 833-7330
(708) 955-9230
(708) 957-9230
(708) 898-2786
See Current Phone Number

**Email Addresses**
tiffan******@hotmail.com
chicago*******@yahoo.com
tiffan******@ocfl.net
tiffan******@aattbi.com
Unlock Email Addresses

**Tiffany Sharise Adams Relatives**
Alexander Grant Adams
Diane Madelyn Adams
Lorinda Ann McCoy
Carolyn J Robinson
David C Robinson
Johnetta G Robinson
Richard Edward Robinson
Timothy R Robinson
Velma Arlene Robinson
Rene F Settle Robinson

**Possible Bankruptcy**
Filed on July --, 20--

ADD INFO +

*SEARCH FOR*
## Tiffany Adams on Social Media

Tiffany Adams on Twitter
Tiffany Adams on Facebook
Tiffany Adams on LinkedIn

**ALERT!**

### Court Records

Find out if Tiffany Adams has any important court records including **felonies, misdemeanors, and traffic tickets.** You may also uncover **Civil Judgments** against Tiffany Adams as well as if Tiffany Adams is on a **Government Watchlist.**

**SEARCH COURT RECORDS FOR TIFFANY ADAMS**

**MORE RESULTS FOR: TIFFANY ADAMS**

## Tiffany Renee Adams

Peoria, Illinois

OPEN FULL REPORT

45 year old female

**Locations**
Tiffany Renee Adams has lived in Peoria, IL 61604; Morton, IL 61550; Pekin, IL 61554; West Frankfort, IL 62896; Biloxi, MS 39532; Gulfport, MS 39503; Edwards, MS 39066; Hattiesburg, MS 39402; Purvis, MS 39475; Saint Petersburg, FL, in zip codes 33701 and 33705; Bridgeville, DE 19933; Laurel, DE 19956; Beavertown, PA 17813; Birmingham, AL 35217; Scarborough, ME 04070

**Tiffany Renee Adams Addresses**
Click Here For Tiffany Renee Adams's Current Address

11257 4th St, Bridgeville, DE 19933-4440
415 N Kansas Ave, Morton, IL 61550-1704
339 Caroline St, Pekin, IL 61554-3209
421 Center St, Laurel, DE 19956-1329
309 N Parkhill St, West Frankfort, IL 62896-1924
1005 W Birch Dr Apt A12, Gulfport, MS 39503-5816
1274 Hall Rd, Edwards, MS 39066-9028
49 Hillcrest Dr Apt 1, Hattiesburg, MS 39402-9447
1041 Howell Rd, Purvis, MS 39475-3541
2729 4th St S, Saint Petersburg, FL 33705-3663
Po Box 64, Scarborough, ME 04070-0064

**Phone Numbers**
(618) 923-3577
(309) 321-8227
(309) 263-0187
(207) 233-1893
See Current Phone Number

**Email Addresses**
two_tears_f***********@yahoo.com
wolfsw******@yahoo.com
wolfsw******@gmail.com
amputee*******@gmail.com
Unlock Email Addresses

**Tiffany Renee Adams Relatives**
David L Adams
David L Adams
Doyle D Adams
Joann Ann Adams
Wanda Dianne Allen
Brandi Blaine
John Neal Blaine
Velma Ann Blaine
Denise S Lowe
Jane Ellen Mills

ADD INFO +

## Tiffany Brooke Adams

Chicago, Illinois

OPEN FULL REPORT

40 year old female

**Locations**
Tiffany Brooke Adams has lived in Chicago, IL, in zip codes 60618 and 60640; Evanston, IL 60202; Okemos, MI, in zip codes 48864 and 48312; East Lansing, MI 48823; Sterling Heights, MI 48314

**Tiffany Brooke Adams Addresses**
Click Here For Tiffany Brooke Adams's Current Address

4437 N Greenview Ave Apt 1w, Chicago, IL 60640-5914
1855 Yosemite Dr, Okemos, MI 48864-3852

**Phone Numbers**
(773) 989-2168
(773) 279-0946
See Current Phone Number

**Email Addresses**
tbr***@aol.com
alfa****@hotmail.com
Unlock Email Addresses

**Tiffany Brooke Adams Relatives**
Betty Jean Adams
Don Peter Adams
Justin Matthew Adams
Kenneth Gordon Adams
Linda Susan Adams
Alissa Nicole Beemer

ADD INFO +

## Tiffany N Adams

Alton, Illinois

OPEN FULL REPORT

37 year old female

**Location**
Tiffany N Adams has lived in Alton, IL 62002; Roodhouse, IL 62082; Jacksonville, IL 62650

**Tiffany N Adams Addresses**
Click Here For Tiffany N Adams's Current Address

324 E Beecher Ave, Jacksonville, IL 62650-2511

**Phone Numbers**
(217) 491-2862
(217) 589-4471
See Current Phone Number

**Email Addresses**
cardin******@yahoo.com
tiffany.********@icloud.com
boots*****@yahoo.com
Unlock Email Addresses

**Tiffany N Adams Relatives**
William L Adams
Jodie Marie Buchanan
Terry W Buchanan

ADD INFO +

## Tiffany N Adams

Chicago, Illinois

OPEN FULL REPORT

33 year old female

**Location**
Tiffany N Adams has lived in Chicago, IL, in zip codes 60624 and 60612

**Tiffany N Adams Addresses**
Click Here For Tiffany N Adams's Current Address

2643 W Warren Blvd, Chicago, IL 60612-2057

**Phone Number**
(773) 638-7003
See Current Phone Number

**Email Addresses**
t_ada*****@yahoo.com
lavo****@gmail.com
Unlock Email Addresses

**Tiffany N Adams Relatives**
Adams Adams
Euna Lee Adams
Lavoid D Adams
Natasha L Adams
Peggy L Adams
Sylvia Brooke Adams
Alexis Lee Jerez

ADD INFO +

## Tiffany Adams

Willowbrook, Illinois

OPEN FULL REPORT

**Location**
Tiffany Adams has lived in Willowbrook, IL 60527

**Phone Number**
(708) 655-****
Unlock Phone Number

**Email Addresses**
breezybre*********@gmail.com
tadam*****@gmail.com
Unlock Email Addresses

**Tiffany Adams Relatives**
Larry D Adams
Latoya D Adams
Gloria D Jones

ADD INFO +

## Tiffany R Adams

Forest Park, Illinois

OPEN FULL REPORT

**Location**
Tiffany R Adams has lived in Forest Park, IL 60130; Willowbrook, IL 60527

**Phone Numbers**
(708) 256-****
(708) 488-****
Unlock Phone Numbers

**Email Addresses**
roxy****@aol.com
blkell****@gmail.com
tadam*****@gmail.com
bre****@yahoo.com
Unlock Email Addresses

**Tiffany R Adams Relatives**
Cissany R Adams

ADD INFO +

## Tiffany Adams

Chicago, Illinois

OPEN FULL REPORT

43 year old female

**Location**
Tiffany Adams has lived in Chicago, IL 60628; Matteson, IL 60443

**Phone Number**
(773) 935-****
Unlock Phone Number

ADD INFO +

## Tiffany Adams

Oak Park, Illinois

OPEN FULL REPORT

**Location**
Tiffany Adams has lived in Oak Park, IL 60304

**Email Addresses**
tadam*****@gmail.com
tiffany******@yahoo.com
Unlock Email Addresses

ADD INFO +

## Tiffany Adams

Chicago, Illinois

OPEN FULL REPORT

**Location**
Tiffany Adams has lived in Chicago, IL 60624

ADD INFO +

*PUBLIC RECORDS SUMMARY*
## Tiffany Adams

Tiffany may have associated social media accounts, which may include Facebook, Twitter, LinkedIn and Dating Networks.

Records indicate people named Tiffany Adams may have financial data available including Liens, Bankruptcies, Assets, Judgments, UCC Filings and/or Evictions.

Find even more public data for Tiffany by ordering their full report.

OPEN FULL REPORT

MORE RESULTS

1 2 3

Want Unlimited Report access to people named Tiffany Adams?
Get Unlimited Reports



DISCLAIMER: You may not use our service or the information it provides to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, 15 USC 1681 et seq., ("FCRA"), which are incorporated herein by reference.) The information available on our website may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of the information available through our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2021 Instant Checkmate, Inc. All Rights Reserved.

# Exhibit 5

to the Declaration of William Beaumont

Refine Search MENU

HOME > People > Stephanie Lukis

# Found: Stephanie Lukis

We have 2 records for Stephanie Lukis ranging in age from 40 years old to 116 years old. Stephanie has been found in 7 states including Virginia, Illinois, Texas, Tennessee, Florida, and 2 others. Possible related people for Stephanie Lukis include Deborah R Egan, Arlene Mary Garcia, Brian James Klatte, Susan R Klatte, Dawn M Lukis, and many others. On file we have 5 emails for Stephanie including autumn*****@gmail.com, aml***@gmail.com, tlon****@aol.com, and 3 other email addresses. On record we show 7 phone numbers associated with Stephanie in area codes such as 703, 773, 757, 931, 775. You can view more information on Stephanie Lukis below.

**2 results** found for Stephanie Lukis in 20 cities.

## Stephanie Marie Lukis

Herndon, Virginia

OPEN FULL REPORT

**44 year old female**

**Lived in**
Herndon, VA, in zip codes 20171 and 22312; Lorton, VA 22079; Sterling, VA 20165; Alexandria, VA 22310; Ashburn, VA 20147; Chicago, IL, in zip codes 60609, 60608, 60660, and 60625; Spring, TX 77379; Houston, TX 77068

Addresses

Click Here For Stephanie Marie Lukis's Current Address

4317 S Emerald Ave, Chicago, IL 60609-3445
816 W 34th Pl, Chicago, IL 60608-6716
7506 Pollen St, Lorton, VA 22079-1639
20533 Reserve Falls Ter Apt 411, Sterling, VA 20165-6561
1525 W Ardmore Ave Apt 2, Chicago, IL 60660-4218
6101 Lemon Thyme Dr, Alexandria, VA 22310-2660
4457 N Drake Ave, Chicago, IL 60625-5475
5445 N Morgan St Apt 305, Alexandria, VA 22312-3320
42854 Farmingdale Dr, Ashburn, VA 20147-4490
16690 Champion Forest Dr, Spring, TX 77379-7023
15915 Kuykendahl Rd, Houston, TX 77068-3318

Phone Numbers

(703) 313-1384
(773) 856-9178
See Current Phone Number

**Email Addresses**
autumn*****@gmail.com, aml***@gmail.com, tlon****@aol.com, tlo***@owba.org, tlon****@owba.org
Unlock Email Addresses

**Relatives**

Deborah R Egan

Arlene Mary Garcia

Brian James Klatte

Susan R Klatte

Dawn M Lukis

Joseph Paul Lukis

Matthew J Lukis

**Possible Bankruptcy**
Filed on August --, 20--

***SEARCH FOR***
## Stephanie Lukis on Social Media

Stephanie Lukis on Twitter
Stephanie Lukis on Facebook
Stephanie Lukis on LinkedIn

**ALERT!**

Court Records

Find out if Stephanie Lukis has any important court records including **felonies, misdemeanors, and traffic tickets.** You may also uncover **Civil Judgments** against Stephanie Lukis as well as if Stephanie Lukis is on a **Government Watchlist**.

**SEARCH COURT RECORDS FOR STEPHANIE LUKIS**

**MORE RESULTS FOR:**
**STEPHANIE LUKIS**

## Stephanie Jill Lukis

Chesapeake, Virginia

OPEN FULL REPORT

**40 year old female**

**Lived in**
Chesapeake, VA, in zip codes 23322 and 23451; Virginia Beach, VA 23454; Woodlawn, TN 37191; Clarksville, TN 37042; Panama City Beach, FL 32407; Russellville, KY 42276; Fallon, NV 89406

Addresses

Click Here For Stephanie Jill Lukis's Current Address

427 Osprey Ln, Panama City Beach, FL 32407-7002
346 Northridge Dr, Clarksville, TN 37042-5185
1224 Gunn Hall Dr, Virginia Beach, VA 23454-5723
617 Tappanzee Ct, Virginia Beach, VA 23451-4888
2025 Concord Rd, Russellville, KY 42276-6513
775 Pinion Ln, Fallon, NV 89406-4497

Phone Number

(776) 423-1382
See Current Phone Number

**Email Address**
blueyep*******@charter.com
Unlock Email Addresses

**Relatives**

Ana Maria Lukis

Franklin Philip Lukis

Franko Basilio Lukis

***PUBLIC RECORDS SUMMARY***
## Stephanie Lukis

Stephanie Lukis's full report may contain information on how to contact them such as phone numbers, addresses, and email addresses.

The personal information that is included in the full report could contain schools that they attended, degrees earned, and possible dates they attended the institutions.

Stephanie's Social Media profile section may have links to their Facebook, Twitter, LinkedIn, and dating app profiles.

The Finances section of Stephanie's report may have a history of bankruptcies, liens, judgments, evictions, and UCC filings entered against Stephanie.

If you suspect Stephanie Lukis has a criminal record, you could find more information in the Criminal Records section of the report.

The report may contain details on possible charges/offenses, the date the charges were filed, the court system used (civil or criminal), and where Stephanie may have been charged and convicted.

OPEN FULL REPORT

Want Unlimited Report access to 0 people named **Stephanie Lukis?**

Get Unlimited Reports

Search By Common Last Names

A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T | U | V | W | X | Y | Z

### Quick Links

People Search
Criminal Records Database
Glossary
Arrest Records
Sex Offender Database
Inmate Search
Crimewire Blog
Sample Report

Site Map
Help
About
Features
FAQs
Press Page
Do's and Don'ts
Reverse Phone Lookup
Become an Affiliate

Reviews
Instant Checkmate Mobile App (Android)
Privacy Policy
Terms of Use
Limited License for Services
DMCA
Cancel Membership
Do Not Sell My Personal Information

### Contact Us

Questions and Member Care
800.222.8985

Regular Hours:
Open Monday - Friday
7:00am to 7:00pm PST*
(10:00am - 10:00pm EST)
*Holiday Hours Vary

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which are incorporated here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2021 Instant Checkmate, Inc. All Rights Reserved.