IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Fischer and Stephanie Lukis, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> Instant Checkmate LLC, <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) Case No.: 2019-CH-07517 |

**DEFENDANT INSTANT CHECKMATE, LLC'S ANSWERS AND RESPONSES TO PLAINTIFF'S FIRST WRITTEN DISCOVERY**

Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Defendant Instant Checkmate, LLC ("Instant Checkmate"), hereby respectfully objects, answers, and responds to Plaintiffs' First Written Discovery requests as follows:

**OBJECTIONS TO DEFINITIONS AND INSTRUCTIONS**

1. Instant Checkmate objects to Plaintiffs' instructions to these interrogatories and requests for production to the extent that they are inconsistent with Instant Checkmate's obligations under Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and applicable Local Rules.

2. Instant Checkmate objects to the definition of "Personal Identity Information" or "PII" as it is inconsistent with the applicable definition of "Identity" under 765 ILCS 1075/5 of the Illinois Right of Publicity Act. Instant Checkmate further objects that Plaintiffs' definition of "Personal Identity Information" or "PII" is overly broad, expansive, and likely to cause confusion of the issues as it refers to information that is not an "attribute of an individual that serves to identify that individual to an ordinary, reasonable viewer or listener." As such, the Plaintiffs'

1

6.	**Apart from the Terms of Use that govern the use of your website, do you maintain that you received any consent from any Illinois resident to advertise the availability of their background report on your website? If yes, identify all such forms of consent.**

**OBJECTION:**  Instant Checkmate objects to this interrogatory to the extent that it presumes that Instant Checkmate is under any legal obligation to obtain an Illinois resident's consent to compile factual information about a person or to advertise the sale of its background reports.

**ANSWER:**  Subject to and without waiving the foregoing objections, No.

7.	**Describe what PII is available for free to users of your Website and what additional PII is available for pay.**

**OBJECTION:**  Instant Checkmate objects to this interrogatory to the extent that the definition of "Personal Identity Information" or "PII" is inconsistent with the Illinois Right of Publicity Act's definition of "Identity." Instant Checkmate further objects to this request on the grounds that it seeks information that is neither relevant to any claim or defense in this action nor proportional to the needs of the case, as required by Federal Rule of Civil Procedure 26(b)(1). More specifically, whether a user is required to pay to access a background report has no bearing on Instant Checkmate's liability under the Illinois Right of Publicity Act.

**ANSWER:**  Subject to and without waiving the foregoing objections, the information contained in Instant Checkmate's "preview" is provided at no charge.  Upon visiting Instant Checkmate's website, the user enters a person's first and last name, a city, and a state.  Instant Checkmate then asks the user various questions concerning the search subject so that it can advise the user whether it has a background report for that search subject.  These queries include the person's gender, whether, to the user's knowledge, the search subject ever lived in various locations, and whether, to the user's knowledge, the search subject is related to certain individuals.

5

## VERIFICATION

I hereby declare under the penalty of perjury under the laws of the United States of America that the foregoing answers to interrogatories are true and correct to the best of my information, knowledge, and belief.

Date: August 31, 2020

_____
Brian Mahon,
Vice President of Product Instant Checkmate, LLC

previously produced a copy of Plaintiff Stephanie Lukis' background report on June 17, 2020.

**13. A copy of the background report of Plaintiff Robert Fischer.**

**OBJECTION:** Instant Checkmate objects to this request as unnecessary and duplicative.

**RESPONSE:** Subject to and without waiving the foregoing objection, Instant Checkmate previously produced a copy of Plaintiff Robert Fischer's background report on May 13, 2020.

Dated: August 31, 2020

Respectfully submitted,

INSTANT CHECKMATE, LLC

Damon W.D. Wright
Avanti D. Bakane, # 6299022
Benjamin R. Kinney #6317720
Damon W.D. Wright (*pro hac vice*)
GORDON REES SCULLY MANSUKHANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Ph: 312-619-4922
abakane@grsm.com
bkinney@grsm.com
dwright@grsm.com



# Public Records Search Service

Social Media, Photos, Police Records, Background Checks, Civil Judgments, Contact Information and Much More!

**START HERE** - Try searching a friend, relative, celebrity, yourself, or someone else you might know...

First Name: | Last Name: | City: | Location:
e.g. John | e.g. Smith | e.g. Chicago | All States

☐ This is me    SEARCH

Please enter a first name

 This secure connection is confirmed

Millions of searches and counting!

**1,416,495,225**

## Short on Time?
Click here to jump the line and access unlimited reports and instant searches now!

GO NOW

### Enjoy The Flexibility of Unlimited Searches
 Instant Checkmate makes it easy to learn about your family members, neighbors, friends, coworkers, and anyone else in your life!

### Results You Can Trust
We scour data from specialized sources to give you valuable information in one location. We're proud to have over 70,000 5-star reviews from actual Instant Checkmate users, as well as an A+ Rating from the BBB.

### Dedicated to Customer Privacy
 We put privacy first and never alert the person you searched that you've uncovered the details in their background report. In fact, your searches are secured with a 128-bit encrypted connection and with verified Norton protection.

Instant Checkmate is a public records search service that gives you the power to perform online **background checks** instantly. Search anyone in America, and you could get immediate access to their **criminal records, arrest records**, related court documents, addresses, real age, and known aliases.

**Perform A Criminal Background Check Instantly**
If you suspect that someone in your life may have a history of violence, the safest way to know for sure is to perform a public arrest records search. With Instant Checkmate, you can search for felony and misdemeanor offenses, as well as other infractions such as speeding tickets. You'll instantly expose whether a person has been arrested, charged, or even booked into jail. Is there a felon, a sex offender, or a former inmate on your block? Search criminal records to find out.

**A Fast Way To Get The Information You Want**
Getting public records used to be a time-consuming and frustrating process. You had to visit the local county clerk and submit a written request for your documents. If you wanted to search records in a different state, you might have to actually travel to that state and appear in person. Instant Checkmate takes the hassle out of uncovering someone's past by making it easy to run a background check online.

**You Get Access To Exceptional Member Care**
Because we believe in providing our members with the best possible service, our member care team is available seven days a week. If you have any questions about Instant Checkmate, simply call our toll-free number at 800-222-8985 and one of our friendly member care representatives will help you. We are one of the most advanced background check companies in the country because we offer great service, and we make it easy for our members to stay in touch with us.

**Expose The Truth Today**
Instant Checkmate is one of the best public criminal records search engines you can use online. Our members turn to our website every day to learn the facts about the people in their lives. Join them so you can discover truths, expose lies, and get the real story about the people in your life. Become an Instant Checkmate member today, and find the truth about anyone.

PEOPLE SEARCH: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

## Quick Links

People Search | Site Map | Reviews
Criminal Records Database | Help | Instant Checkmate Mobile App (Android)
Glossary | About | Privacy Policy
Arrest Records | Features | Terms of Use
Sex Offender Database | FAQs | Limited License for Services
Inmate Search | Press Page | DMCA
Crimewire Blog | Do's and Don'ts | Cancel Membership
Sample Report | Reverse Phone Lookup | Do Not Sell My Personal Information
 | Become an Affiliate | 

## Contact Us

 

Questions and Member Care
**800.222.8985**

Regular Hours:
Open Monday - Friday
7:00am to 7:00pm PST*
(10:00am - 10:00pm EST)
*Holiday Hours Vary



DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2021 INSTANT CHECKMATE LLC All Rights Reserved.