IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Robert Fischer, Stephanie Lukis, and Tiffany Adams, individually and on behalf of all others similarly situated, | ) | CIVIL ACTION NO: 19-cv-4892 |
| *Plaintiffs,* | ) | JUDGE FEINERMAN |
| v. | ) | MAG. WEISMAN |
| Instant Checkmate LLC, | ) | |
| *Defendant.* | ) | |

**DECLARATION OF TIFFANY R. ADAMS**

1. My name is Tiffany Adams. I am over the age of 18 and a resident of the state of Illinois. I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2. I filed this the above-captioned class action lawsuit to end the practice of using people's identities to sell Instant Checkmate's products and services.

3. I understand that, if successful, my lawsuit could prevent Instant Checkmate from engaging in this behavior in the future and potentially paying damages to class members like me.

4. I understand that I am a potential representative of the class. My attorneys update me with the proceedings in this case and provide to me copies of the filings.

5. I am committed to providing my time towards the prosecution of this matter, and have already spent considerable time helping my attorney provide discovery to the Defendant.

6. I have reviewed the document attached to this Declaration as Exhibit 1 and labeled Pl.'s Bates No. 000509 (the "Search Results Listing").

7. The Search Results Listing includes my first and last name, my middle initial, my age, my locations, and my relatives. I recall clicking on a substantially similar listing in mid-2019.

8. I have reviewed the document attached to this Declaration as Exhibit 2 and labeled Pl.'s Bates No. 000510 (the "SEO Directory Listing"). I am able to identify myself among the listings in this document because one entry includes my first and last name, my age, my location, and my relatives.

9. I have not given Instant Checkmate my written consent to use this information or my other identifying information on its website.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2021 in Willowbrook, Illinois.

DocuSigned by:

9DCE4E96864B4EB...

Tiffany R. Adams

# Exhibit 1

to the Declaration of Tiffany Adams

Tiffany Adams IL - Instant Checkn

instantcheckmate.com/results/?traffic%5Bsource%5D=ICMSEO&firstName=Tiffany&lastName=Adams&city=willowbrook&state=IL&qLocation=false&qRe...

OPEN YOUR REPORT ON:

TIFFANY ADAMS
ILLINOIS

**Next Steps:** Find a result that matches whom you're looking for the most. You can click the headers to sort the results. Once you find a match, click "Open Report" to continue to the report.

**Search Tip:** Try adding a middle initial, current or previous city, and/or approximate age

Modify Search

| NAME | AGE | LOCATION | POSSIBLE RELATIVES | VERIFIED RESULT | FULL REPORT |
|---|---|---|---|---|---|
| Tiffany R. Adams | 42 | Willowbrook, IL<br>Broadview, IL<br>Forest Park, IL<br>Maywood, IL<br>Hialeah, FL | Larry Adams<br>Latoya Adams<br>Gloria Jones | | OPEN REPORT |
| Tiffany R. Adams | 42 | Forest Park, IL<br>Willowbrook, IL<br>Maywood, IL<br>Broadview, IL | Cissany Adams | | OPEN REPORT |

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2021 INSTANT CHECKMATE LLC All Rights Reserved.

Awesome Screenshot & Screen Recorder is sharing your screen. Stop sharing Hide

# Exhibit 2

to the Declaration of Tiffany Adams

# Tiffany Adams in Illinois

We have 48 records for Tiffany Adams ranging in age from 33 years old to 79 years old. Tiffany has been found in 18 cities including Chicago, Willowbrook, Forest Park, Oak Park, Homewood, and 13 others. Possible related people for Tiffany Adams include Larry D Adams, Latoya D Adams, Gloria D Jones, Cissany R Adams, Alexander Grant Adams, and many others. On file we have 37 emails for Tiffany including breezybre*****@gmail.com, roxy****@aol.com, tadam*****@gmail.com, and 34 other email addresses. On record we show 56 phone numbers associated with Tiffany in area codes such as 708, 773, 407, 727, 309, and 9 other area codes. You can view more information on Tiffany Adams below.

**48 results** found for Tiffany Adams in Illinois.

**Refine Your Results**

SELECT CITY
- Chicago
- Willowbrook
- Forest Park
- Oak Park
- Show more (+)

SELECT STATE
- Alaska (1)
- Alabama (16)
- Arkansas (30)
- Arizona (39)
- Show more (+)

SELECT AGE
- 31-40
- 41-50
- Reset Age Filter

## Tiffany Sharise Adams

Homewood, Illinois — OPEN FULL REPORT

50 year old female

**Locations**
Tiffany Sharise Adams has lived in Homewood, IL 60430; Chicago, IL 60653; Park Forest, IL 60466; University Park, IL 60484; Richton Park, IL 60471; Country Club Hills, IL 60478; Orlando, FL 32819; Windermere, FL 34786; Kathleen, GA 31047; Atlanta, GA 30328; Norcross, GA 30093; Los Angeles, CA 90046

**Tiffany Sharise Adams Addresses**
Click Here For Tiffany Sharise Adams's Current Address

2515 Midtown Ter Apt 1415, Orlando, FL 32839-4536
3550 S Rhodes Ave, Chicago, IL 60653-1273
413 Wotoska St, Park Forest, IL 60466-1307
4725 Hickory Creek Dr Apt 9, University Park, IL 60484-3081
8800 Buena Pl Apt 11303, Windermere, FL 34786-4439
22411 Butterfield Rd Apt 405, Richton Park, IL 60471-1938
2252 Plaster Rd Ne, Atlanta, GA 30345-4500
4138 191st Pl, Country Club Hills, IL 60478-5904
6055 S Norcross Tucker Rd Apt F, Norcross, GA 30093-1318

**Phone Numbers**
(708) 833-7330
(708) 955-9230
(708) 957-9230
(708) 998-2786
See Current Phone Number

**Email Addresses**
tiffan*****@hotmail.com
chicago*******@yahoo.com
[illegible]
tiffan*****@attbi.com
Unlock Email Addresses

**Tiffany Sharise Adams Relatives**
Alexander Grant Adams · Johnetta G Robinson · Diane Madelyn Adams · Richard Edward Robinson · Lorinda Ann McCoy · Timothy R Robinson · Carolyn J Robinson · Velma Arlene Robinson · David C Robinson · Rene F Settle Robinson

**Possible Bankruptcy**
Filed on July [illegible]

ADD INFO +

*SEARCH FOR*
### Tiffany Adams on Social Media
- Tiffany Adams on Twitter
- Tiffany Adams on Facebook
- Tiffany Adams on LinkedIn

**ALERT!**

**Court Records**
Find out if Tiffany Adams has any important court records including felonies, misdemeanors, and traffic tickets. You may also uncover Civil Judgments against Tiffany Adams as well as if Tiffany Adams is on a Government Watchlist.

SEARCH COURT RECORDS FOR TIFFANY ADAMS

MORE RESULTS FOR: TIFFANY ADAMS

## Tiffany Renee Adams

Peoria, Illinois — OPEN FULL REPORT

45 year old female

**Locations**
Tiffany Renee Adams has lived in Peoria, IL 61604; Morton, IL 61550; Pekin, IL 61554; West Frankfort, IL 62896; Biloxi, MS 39532; Gulfport, MS 39503; Edwards, MS 39066; Hattiesburg, MS 39402; Purvis, MS 39475; Saint Petersburg, FL, in zip codes 33709 and 33705; Bridgeville, DE 19933; Laurel, DE 19956; Beavertown, PA 17813; Birmingham, AL 35217; Scarborough, ME 04070

**Tiffany Renee Adams Addresses**
Click Here For Tiffany Renee Adams's Current Address

15257 4th St, Bridgeville, DE 19933-4440
415 N Kansas Ave, Morton, IL 61550-1704
339 Caroline St, Pekin, IL 61554-3209
421 Center St, Laurel, DE 19956-1529
309 N Parkhill St, West Frankfort, IL 62896-1924
1005 W Birch Dr Apt 412, Gulfport, MS 39503-5816
5274 Hull Rd, Edwards, MS 39066-9028
49 Hillcrest Dr Apt 1, Hattiesburg, MS 39402-9447
1041 Howell Rd, Purvis, MS 39475-3141
2729 4th St S, Saint Petersburg, FL 33705-3663
Po Box 64, Scarborough, ME 04070-0064

**Phone Numbers**
(618) 922-3577
(309) 321-8227
(309) 263-0187
(207) 233-1893
See Current Phone Number

**Email Addresses**
[illegible]
[illegible]
[illegible]
amputee*******@gmail.com
Unlock Email Addresses

**Tiffany Renee Adams Relatives**
David L Adams · Brandi Blaine · David L Adams · John Neal Blaine · Doyle D Adams · Velma Ann Blaine · Joann Ann Adams · Denise S Lowe · Wanda Dianne Allen · Jane Ellen Mills

ADD INFO +

## Tiffany Brooke Adams

Chicago, Illinois — OPEN FULL REPORT

40 year old female

**Locations**
Tiffany Brooke Adams has lived in Chicago, IL, in zip codes 60618 and 60640; Evanston, IL 60202; Okemos, MI, in zip codes 48864 and 48312; East Lansing, MI 48823; Sterling Heights, MI 48314

**Tiffany Brooke Adams Addresses**
Click Here For Tiffany Brooke Adams's Current Address

4437 N Greenview Ave Apt 1w, Chicago, IL 60640-5914
1855 Yosemite Dr, Okemos, MI 48864-3852

**Phone Numbers**
(773) 989-2168
(773) 279-0946
See Current Phone Number

**Email Addresses**
tbr***@aol.com
alfa****@hotmail.com
Unlock Email Addresses

**Tiffany Brooke Adams Relatives**
Betty Jean Adams · Kenneth Gordon Adams · Don Peter Adams · Linda Susan Adams · Justin Matthew Adams · Alissa Nicole Beemer

ADD INFO +

## Tiffany N Adams

Alton, Illinois — OPEN FULL REPORT

37 year old female

**Location**
Tiffany N Adams has lived in Alton, IL 62002; Roodhouse, IL 62082; Jacksonville, IL 62650

**Tiffany N Adams Addresses**
Click Here For Tiffany N Adams's Current Address

324 E Beecher Ave, Jacksonville, IL 62650-2511

**Phone Numbers**
(217) 491-2862
(217) 589-4471
See Current Phone Number

**Email Addresses**
cardin******@yahoo.com
tiffany.********@icloud.com
boots*****@yahoo.com
Unlock Email Addresses

**Tiffany N Adams Relatives**
William L Adams · Terry W Buchanan · Jodie Marie Buchanan

ADD INFO +

## Tiffany N Adams

Chicago, Illinois — OPEN FULL REPORT

33 year old female

**Location**
Tiffany N Adams has lived in Chicago, IL, in zip codes 60624 and 60612

**Tiffany N Adams Addresses**
Click Here For Tiffany N Adams's Current Address

2643 W Warren Blvd, Chicago, IL 60612-2057

**Phone Number**
(773) 638-7003
See Current Phone Number

**Email Addresses**
t_ada*****@yahoo.com
lavo****@gmail.com
Unlock Email Addresses

**Tiffany N Adams Relatives**
Adams Adams · Peggy L Adams · Euna Lee Adams · Sylvia Brooke Adams · Lavoid D Adams · Alexis Lee Jerez · Natasha L Adams

ADD INFO +

## Tiffany Adams

Willowbrook, Illinois — OPEN FULL REPORT

**Location**
Tiffany Adams has lived in Willowbrook, IL 60527

**Phone Number**
(708) 689-****
Unlock Phone Number

**Email Addresses**
breezybre*********@gmail.com
tadam*****@gmail.com
Unlock Email Address

**Tiffany Adams Relatives**
Larry D Adams · Gloria D Jones · Latoya D Adams

ADD INFO +

## Tiffany R Adams

Forest Park, Illinois — OPEN FULL REPORT

**Location**
Tiffany R Adams has lived in Forest Park, IL 60130; Willowbrook, IL 60527

**Phone Numbers**
(708) 250-****
(708) 689-****
Unlock Phone Numbers

**Email Addresses**
roxy****@aol.com
bbad****@gmail.com
tadam*****@gmail.com
bre***@yahoo.com
Unlock Email Addresses

**Tiffany R Adams Relatives**
Cissany R Adams

ADD INFO +

## Tiffany Adams

Chicago, Illinois — OPEN FULL REPORT

43 year old female

**Location**
Tiffany Adams has lived in Chicago, IL 60628; Matteson, IL 60443

**Phone Number**
(773) 655-****
Unlock Phone Number

ADD INFO +

## Tiffany Adams

Oak Park, Illinois — OPEN FULL REPORT

**Location**
Tiffany Adams has lived in Oak Park, IL 60304

**Email Addresses**
tadam*****@gmail.com
tiffany*******@yahoo.com
Unlock Email Address

ADD INFO +

## Tiffany Adams

Chicago, Illinois — OPEN FULL REPORT

**Location**
Tiffany Adams has lived in Chicago, IL 60624

ADD INFO +

*PUBLIC RECORDS SUMMARY*
## Tiffany Adams

Tiffany may have associated social media accounts, which may include Facebook, Twitter, LinkedIn and Dating Networks.

Records indicate people named Tiffany Adams may have financial data available including: Liens, Bankruptcies, Assets, Judgements, UCC Filings and/or Evictions.

Find even more public data for Tiffany by ordering their full report.

OPEN FULL REPORT



Want Unlimited Report access to people named **Tiffany Adams**?

Get Unlimited Reports



DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

Copyright © 2021 Instant Checkmate, Inc. All Rights Reserved.

Pl.'s Bates No. 000510