IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Robert Fischer, Stephanie Lukis, and Tiffany Adams, individually and on behalf of all others similarly situated, | )<br>)<br>)<br>) CIVIL ACTION NO: 19-cv-4892<br>) |
| *Plaintiffs,* | ) JUDGE FEINERMAN |
| v. | )<br>) MAG. WEISMAN |
| Instant Checkmate LLC, | ) |
| *Defendant.* | ) |

## DECLARATION OF ROBERT FISCHER

1. My name is Robert Fischer. I am over the age of 18 and a resident of the state of Illinois. I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2. I filed this the above-captioned class action lawsuit to end the practice of using people's identities to sell Instant Checkmate's products and services.

3. I understand that, if successful, my lawsuit could prevent Instant Checkmate from engaging in this behavior in the future and potentially paying damages to class members like me.

4. I understand that I am a potential representative of the class. My attorneys update me with the proceedings in this case and provide to me copies of the filings.

5. I am committed to providing my time towards the prosecution of this matter, and have already spent considerable time helping my attorneys provide discovery to Instant Checkmate.

6. I have reviewed Instant Checkmate's Search Results Listing of me contained in image below:

DocuSign Envelope ID: 704134D0-ED23-4F0D-A445-1396978EF77F



7. This Search Results Listing includes my first and last name, my middle initial, my age, some of the locations I have lived in the past, and some of my relatives. I recall clicking on a listing for the same or substantially similar listing in mid-2019.

8. I have not given directly Instant Checkmate my written consent to use this information or my other identifying information on its website.

9. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2021 in Manteno, Illinois.

*DocuSigned by:*
*Robert Fischer*
21EB093E8DA441C...
Robert Fischer