IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Robert Fischer, Stephanie Lukis, and Tiffany Adams, individually and on behalf of all others similarly situated, | ) ) ) ) ) | |
| *Plaintiffs,* | ) ) | CIVIL ACTION NO: 19-cv-4892 |
| v. | ) ) | JUDGE FEINERMAN |
| Instant Checkmate LLC, | ) ) ) | MAG. WEISMAN |
| *Defendant.* | ) | |

## DECLARATION OF STEPHANIE LUKIS

1. My name is Stephanie Lukis. I am over the age of 18 and a resident of the state of Illinois. I have personal knowledge of each of the matters stated herein, and if called to testify I could and would testify competently about them.

2. I filed this the above-captioned class action lawsuit to end the practice of using people's identities to sell Instant Checkmate's products and services.

3. I understand that, if successful, my lawsuit could prevent Instant Checkmate from engaging in this behavior in the future and potentially paying damages to class members like me.

4. I understand that I am a potential representative of the class. My attorneys update me with the proceedings in this case and provide to me copies of the filings.

5. I am committed to providing my time towards the prosecution of this matter, and have already spent considerable time helping my attorney provide discovery to the Defendant.

6. I have reviewed the document attached to this Declaration as Exhibit 1 and labeled Pl.'s Bates No. 000757 (the "Search Results Listing").

1

7. The Search Results Listing includes my first and last name, my middle initial, my age, my locations lived, and my relatives. I recall clicking on a similar listing in 2018.

8. I have reviewed the document attached to this Declaration as Exhibit 2 and labeled Pl.'s Bates No. 000754 (the "SEO Directory Listing"). I am able to identify myself among the listings in this document because one entry includes my first, middle, and last name, my age, my locations lived, and my relatives.

9. I have not given Instant Checkmate my written consent to use this information or my other identifying information on its website.

10. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 13, 2021 in Chicago, Illinois.

*Stephanie M. Lukis*
Stephanie Lukis

# Exhibit 1

to the Declaration of Stephanie Lukis







**OPEN YOUR REPORT ON:**

**STEPHANIE LUKIS**
**ALL STATES**

**Next Steps:** Find a result that matches whom you're looking for the most. You can click the headers to sort the results. Once you find a match, click "Open Report" to continue to the report.

**Search Tip:** Try adding a middle initial, current or previous city, and/or approximate age

[Modify Search]

| NAME | AGE | LOCATION | POSSIBLE RELATIVES | VERIFIED RESULT | FULL REPORT |
|---|---|---|---|---|---|
| **Stephanie J. Lukis**<br>aka: Stephanie J. Lukis, Stephanie J. Flanigan, Stephani J. Falmingan | 40 | Chesapeake, VA<br>Woodlawn, TN<br>Panama City Beach, FL<br>Clarksville, TN<br>Baltimore, MD<br>Virginia Beach, VA<br>Russellville, KY<br>Fallon, NV<br>Cunningham, TN<br>Las Vegas, NV<br>Pixley, CA | Ana Lukis<br>Franklin Lukis<br>Franko Lukis |  | OPEN REPORT |
| **Stephanie M. Lukis**<br>aka: Stephanie M. Lukis, Stephanie S. Klatte, Stephanie M. Klatte, Stephanie Klatt, Stephanie M. Malmgren, Steph Malmgren, Stephani Klatte | 44 | Herndon, VA<br>Chicago, IL<br>Homewood, IL<br>Lorton, VA<br>Fairfax, VA<br>Stafford, VA<br>Sterling, VA<br>Reston, VA<br>Alexandria, VA<br>Ashburn, VA<br>Spring, TX<br>Houston, TX<br>Alexandria, MN | Deborah Egan<br>Arlene Garcia<br>Brian Klatte<br>Susan Klatte<br>Dawn Lukis<br>Joseph Lukis<br>Matthew Lukis |  | OPEN REPORT |
| **Sheyzee S. Mcnutt**<br>aka: Sheyzee S. Mcnutt, Sheyzee C. Mcnutt, Sheyzee C. Mcnutt Lukis, Sheyzee M. Nutt, Sheyzee Lukis | | Aston, PA<br>Chester, PA<br>Glen Mills, PA<br>Holmes, PA<br>Aston Township, PA<br>Hialeah, FL<br>Bronx, NY | Israel Lukis<br>Shanida Lukis | | OPEN REPORT |

DISCLAIMER: You may not use our service to make decisions about consumer credit, employment, insurance, tenant screening, or any other purpose that would require FCRA compliance. Instant Checkmate does not provide consumer reports and is not a consumer reporting agency. (These terms have special meanings under the Fair Credit Reporting Act, ("FCRA"), which we incorporate here.) The information available may not be 100% accurate, complete, or up to date, so do not use it as a substitute for your own due diligence, especially if you have concerns about a person's criminal history. Instant Checkmate does not make any representation or warranty about the accuracy of our website or about the character or integrity of the person about whom you inquire. Please review Instant Checkmate Terms of Use.

All Rights Reserved.

Pl.'s Bates No. 000757

Awesome Screenshot & Screen Recorder is sharing your screen.   Stop sharing   Hide

# Exhibit 2

to the Declaration of Stephanie Lukis



Pl.'s Bates No. 000754