IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Fischer, Stephanie Lukis, and Tiffany Adams, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Instant Checkmate LLC,<br><br>Defendant. | Case No. 1:19-cv-04892<br><br>Hon. Judge Gary Feinerman<br><br>Magistrate Judge M. David Weisman |

**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES**

Pursuant to Local Rule 7.1, Defendant Instant Checkmate LLC ("Defendant"), by and through its undersigned attorneys, respectfully moves for leave to file its Class Certification Opposition containing up to 5 additional pages. In support of this Motion, Defendant states as follows:

1. By the parties' agreement, the Court previously permitted Defendant to file its response to Plaintiffs' Motion for Class Certification in a brief not to exceed 25 pages. (ECF No. 163.)

2. Despite Defendant's best efforts in working carefully to prepare an efficient response to Plaintiffs' Motion for Class Certification, Defendant believes that an 5 additional pages are necessary to adequately address all issues presented in Plaintiffs' motion. Thus, Defendant respectfully requests up to 30 total pages for its Opposition brief.

3. On September 10, 2021, Plaintiffs' counsel informed Defendant's counsel they do not object to the relief sought in this Motion.

WHEREFORE, Defendant respectfully requests that this Court grant this Motion and enter an order granting Defendant leave to file its response to Plaintiffs' Motion for Class Certification not to exceed 30 pages.

| | |
|---|---|
| Dated: September 13, 2021 | Respectfully submitted,<br><br>INSTANT CHECKMATE LLC<br><br>By: /s/ *Debbie L. Berman*<br><br>Debbie L. Berman, #6205154<br>Wade A. Thomson, # 6282174<br>Clifford W. Berlow, #6292383<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone: 312 222-9350<br>dberman@jenner.com<br>wthomson@jenner.com<br>cberlow@jenner.com<br><br>Ian Heath Gershengorn (*pro hac vice*)<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001-4412<br>Telephone: 202 639-6000<br>igershengorn@jenner.com<br><br>Avanti D. Bakane, #6299022<br>GORDON REES SCULLY MANSUKANI, LLP<br>One North Franklin, Suite 800<br>Chicago, IL 60606<br>Telephone: 312 619-4922<br>abakane@grsm.com<br><br>Damon W.D. Wright (*pro hac vice*)<br>GORDON REES SCULLY MANSUKANI, LLP<br>1101 King St., Suite 520<br>Alexandria, VA 22314<br>Telephone: 703 650-7016<br>dwright@grsm.com<br><br>*Attorneys for Defendant Instant Checkmate LLC* |

**CERTIFICATE OF SERVICE**

  I, Debbie L. Berman, certify that on September 13, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                 /s/ *Debbie L. Berman*
                   Debbie L. Berman