UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.4
Eastern Division

Robert Fischer, et al.
                Plaintiff,

v.                                      Case No.: 1:19−cv−04892
                                                  Honorable Gary Feinerman

Instant Checkmate LLC.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 31, 2022:

        MINUTE entry before the Honorable Gary Feinerman:For the reasons and to the extent set forth in the accompanying Memorandum Opinion and Order, Plaintiffs' motion for class certification [151] is granted in part and denied in part. The SEO Directory Class is defined as "All Illinois residents who were listed in Instant Checkmate's SEO Directory on or since June 21, 2019 (the date this suit was filed) and continuing to March 31, 2022 (the date of class certification), where such listing included that person's name, age, location(s), and relative(s), excluding anyone who has incurred actual damages as defined in IRPA." The SEO Directory Class has two subclasses. The one−year statute of limitations subclass comprises members of the SEO Directory Class who were first listed in the SEO Directory between June 21, 2018 (one year before the filing of this suit) and March 31, 2022 (the date of class certification). The five−year statute of limitations subclass comprises members of the SEO Directory Class who were first listed in the SEO Directory between June 21, 2014 (five years before the filing of this suit) and June 20, 2018. The Injunctive Relief Class is defined as "All Illinois residents for whom Instant Checkmate can generate a name, age, and one or more location(s) and relative(s) in either the SEO Directory or the Search Results of www.instantcheckmate.com." The claims, issues, and defenses to be tried are: (1) whether SEO Directory Class members' listings in the SEO Directory violates the IRPA; (2) whether Instant Checkmate has a valid affirmative defense to any alleged IRPA violation; and (3) whether Injunctive Relief Class members are entitled to an injunction forbidding Instant Checkmate from using class members' names and attributes to advertise its products and services. Plaintiffs Robert Fischer and Stephanie Lukis are the class representatives. For the SEO Directory Class, Plaintiff Fischer represents the one−year statute of limitations subclass, and Plaintiff Lukis represents the five−year statute of limitations subclass. The following class counsel are appointed: Roberto Luis Costales and William Henry Beaumont of Beaumont Costales; Ari Jonathan Scharg, Benjamin Harris Richman, Benjamin Scott Thomassen, Michael W. Ovca, and Schuyler Ufkes of Edelson PC; and Philip Fraietta of Bursor & Fisher, P.A. The parties shall confer regarding class notice and shall file a status report with their joint proposal or competing proposals by 4/21/2022. The status hearing set for 4/5/2022 [189] is stricken and re−set for 4/27/2022 at 9:30 a.m. Attorneys/Parties should appear for the hearing by calling the Toll−Free Number: (877) 336−1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing (use toll

free number). Please, please be sure to keep your phone on mute when you are not speaking. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.