IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Fischer, Stephanie Lukis, and Tiffany Adams, individually and on behalf of all others similarly situated, | ) ) ) |
| Plaintiffs, | ) Case No. 1:19-cv-04892 ) ) Hon. Judge Gary Feinerman ) |
| v. | ) Magistrate Judge M. David Weisman ) |
| Instant Checkmate LLC, | ) ) |
| Defendant. | ) |

**AMENDED CORPORATE DISCLOSURES OF INSTANT CHECKMATE LLC**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2, Defendant Instant Checkmate, LLC ("Instant Checkmate"), through its undersigned counsel, discloses:

1. Instant Checkmate, a Delaware limited liability company, is a wholly-owned subsidiary of PubRec, LLC, which has a sole member of PubRec, LLC, which is wholly-owned by PubRec Holdings, Inc., a non-public Delaware corporation. No publicly held corporation owns 10% or more of Instant Checkmate's stock. The principal place of business for these entities is California. Instant Checkmate has no publicly held affiliates.

2. PCHI Parent, Inc. is a non-public Delaware parent corporation of all entities listed above. PCHI Parent, Inc.'s principal place of business is California.

| | |
|---|---|
| Dated: April 14, 2022 | Respectfully submitted,<br><br>INSTANT CHECKMATE LLC<br><br>By: /s/ *Debbie L. Berman*<br><br>Debbie L. Berman, #6205154<br>Wade A. Thomson, # 6282174<br>Clifford W. Berlow, #6292383<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone:  312 222-9350<br>Facsimile: 312 527-0484<br>dberman@jenner.com<br>wthomson@jenner.com<br>cberlow@jenner.com<br><br>Ian Heath Gershengorn (*pro hac vice*)<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001-4412<br>Telephone: 202 639-6000<br>Facsimile: 202 639-6066<br>igershengorn@jenner.com<br><br>Avanti D. Bakane, #6299022<br>GORDON REES SCULLY MANSUKANI, LLP<br>One North Franklin, Suite 800<br>Chicago, IL 60606<br>Telephone: 312 619-4922<br>abakane@grsm.com<br><br>Damon W.D. Wright (*pro hac vice*)<br>GORDON REES SCULLY MANSUKANI, LLP<br>1101 King St., Suite 520<br>Alexandria, VA 22314<br>Telephone: 703 650-7016<br>dwright@grsm.com<br><br>*Attorneys for Defendant Instant Checkmate LLC* |

**CERTIFICATE OF SERVICE**

    I, Debbie L. Berman, certify that on April 14, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                                /s/ *Debbie L. Berman*
                                                     Debbie L. Berman