IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Fischer and Stephanie Lukis, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 1:19-cv-04892 |
| Plaintiffs, | ) ) | Hon. Judge Gary Feinerman |
| v. | ) ) | Magistrate Judge M. David Weisman |
| Instant Checkmate LLC, | ) ) ) | |
| Defendant. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's March 31, 2022 Order, Plaintiffs Robert Fischer and Stephanie Lukis ("Plaintiffs") and Defendant Instant Checkmate LLC ("Instant Checkmate") (Plaintiffs and Defendant, collectively, "the Parties"), by and through their attorneys, respectfully submit the following Joint Status Report reflecting the status of the Parties' proposal for class notice.

**I.      Class Notice.**

On April 11, 2022, the Parties met and conferred on the issue of class notice. Plaintiff requested, and Defendant agreed to investigate and provide answers to the extent possible to, the following questions to inform the Parties' class notice proposal, including:

1) Whether the data available to Defendant indicates when a particular address was associated with a particular person.

2) What fields relevant to identification of class members and their contact information are available in the database.

3) The total number of individuals who fall (or potentially fall) into the class definition based on Defendant's dataset.

Instant Checkmate is working diligently to address those questions and to determine what information is possible or not to provide, and more time is needed to answer the questions accurately.

## II.     Agreed Proposal for Next Steps.

The Parties agreed to the following schedule:

a) Instant Checkmate will share the information that is available with Plaintiffs, and let Plaintiffs know which of their requested information is not available if any, by April 29, 2022;

b) The Parties will meet and confer about any remaining questions relevant to developing a class notice proposal promptly after Instant Checkmate provides the aforementioned information to Plaintiff; and,

c) The Parties will submit a class notice proposal by May 13, 2022.

## III.    Status of Rule 23(f) Petition.

Instant Checkmate respectfully brings to the Court's attention that on April 14, 2022, Instant Checkmate filed a Rule 23(f) petition to the Seventh Circuit, seeking review of the Court's determination to grant in part Plaintiffs' Motion for Class Certification.   On April 15, 2022, the Seventh Circuit directed Plaintiffs to respond to the petition by April 29, 2022. If the Seventh Circuit accepts the Rule 23(f) petition for argument, Defendant anticipates requesting that this Court hold in abeyance further scheduling with regard to class notice proposals until the Rule 23(f) petition is decided.

Dated: April 21, 2022

Respectfully Submitted,

| INSTANT CHECKMATE LLC | ROBERT FISCHER, STEPHANIE LUKIS |
|---|---|
| By: /s/ Debbie L. Berman | By: /s/ Roberto Luis Costales |

Debbie L. Berman, #6205154
Wade A. Thomson, # 6282174
Clifford W. Berlow, #6292383
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
dberman@jenner.com
wthomson@jenner.com
cberlow@jenner.com

Ian Heath Gershengorn (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000
Facsimile: 202 639-6066
igershengorn@jenner.com

Avanti D. Bakane, #6299022
GORDON REES SCULLY MANSUKANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: 312 619-4922
abakane@grsm.com

Damon W.D. Wright (*pro hac vice*)
GORDON REES SCULLY MANSUKANI, LLP
1101 King St., Suite 520
Alexandria, VA 22314
Telephone: 703 650-7016
dwright@grsm.com

*Attorneys for Defendant Instant Checkmate LLC*

Roberto Luis Costales, #6329085
William H. Beaumont, #6323256
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: 773 831-8000
rlc@beaumontcostales.com
whb@beaumontcostales.com

Benjamin Richman
brichman@edelson.com
Ari Scharg
ascharg@edelson.com
Ben Thomassen
bthomassen@edelson.com
EDELSON PC
350 North Lasalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Debbie L. Berman, certify that on April 21, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                           /s/ *Debbie L. Berman*
                                                 Debbie L. Berman

Case: 1:19-cv-04892 Document #: 196 Filed: 04/21/22 Page 4 of 4 PageID #:2593