IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Robert Fischer and Stephanie Lukis, individually and on behalf of all others similarly situated, | ) ) ) ) | Case No. 1:19-cv-04892 |
| Plaintiffs, | ) ) | Hon. Judge Gary Feinerman |
| v. | ) ) | Magistrate Judge M. David Weisman |
| Instant Checkmate LLC, | ) ) ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT AND REQUEST TO RE-SET STATUS HEARING DATE**

Plaintiffs Robert Fischer and Stephanie Lukis ("Plaintiffs") and Defendant Instant Checkmate (collectively, "the Parties"), by and through their attorneys, respectfully submit this Joint Status Report and Request to Re-Set Status Hearing Date.

The Court currently has under advisement Plaintiffs' proposed Notice Plan, and the Court has set the next status conference for this Friday, August 12. Since the last status conference on July 26, the Parties have initiated discussions regarding engaging a mediator. To allow time for the Parties to confirm whether a mediation at this stage would be productive, the Parties respectfully request that the August 12 status conference be rescheduled to August 26, or as soon thereafter as the Court is available, for the Parties to report then on the status. The Parties anticipate that if they agree to mediate and set the mediation, they will ask the Court to stay these proceedings until the mediation is concluded.

Dated: August 8, 2022

Respectfully Submitted,

| INSTANT CHECKMATE LLC | ROBERT FISCHER, STEPHANIE LUKIS |
|---|---|
| By: /s/ Debbie L. Berman | By: /s/ Ari Scharg |

Debbie L. Berman, #6205154
Wade A. Thomson, # 6282174
Clifford W. Berlow, #6292383
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
dberman@jenner.com
wthomson@jenner.com
cberlow@jenner.com

Ian Heath Gershengorn (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000
Facsimile: 202 639-6066
igershengorn@jenner.com

Avanti D. Bakane, #6299022
GORDON REESE SCULLY MANSUKANI, LLP
One North Franklin, Suite 800
Chicago, IL 60606
Telephone: 312 619-4922
abakane@grsm.com

Damon W.D. Wright (*pro hac vice*)
GORDON REESE SCULLY MANSUKANI, LLP
1101 King St., Suite 520
Alexandria, VA 22314
Telephone: 703 650-7016
dwright@grsm.com

*Attorneys for Defendant Instant Checkmate LLC*

Roberto Luis Costales, #6329085
William H. Beaumont, #6323256
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: 773 831-8000
rlc@beaumontcostales.com
whb@beaumontcostales.com

Benjamin Richman
brichman@edelson.com
Ari Scharg
ascharg@edelson.com
Ben Thomassen
bthomassen@edelson.com
Michael W. Ovca
movca@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC
350 North Lasalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150

*Class Counsel*

2

## **CERTIFICATE OF SERVICE**

I, Debbie L. Berman, certify that on August 8, 2022, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ Debbie L. Berman