# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ROBERT FISCHER and STEPHANIE LUKIS, individually and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) ) | Case No. 1:19-cv-04892 |
| v. ) ) | Hon. Judge Manish S. Shah |
| INSTANT CHECKMATE LLC, ) ) | |
| Defendant. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, March 30, 2023, at 9:45 a.m., or as soon thereafter as counsel may be heard, Defendant shall appear before the Honorable Manish S. Shah, or any judge sitting in his stead, in Courtroom 1919 of the Everett McKinley Dirksen United States Courthouse, located at 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached *Motion for Decertification of the SEO Directory Class,* a copy of which was filed earlier today.

Dated: March 27, 2023 　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　INSTANT CHECKMATE LLC

　　　　　　　　　　　　　　　　　　　　　By:　*/s/ Debbie L. Berman*

Ian Heath Gershengorn (*pro hac vice*)　　　Debbie L. Berman, #6205154
JENNER & BLOCK LLP　　　　　　　　　　Wade A. Thomson, #6282174
1099 New York Avenue, NW, Suite 900　　　Clifford W. Berlow, #6292383
Washington, DC 20001-4412　　　　　　　JENNER & BLOCK LLP
Telephone: 202 639-6000　　　　　　　　　353 N. Clark Street
Facsimile: 202 639-6066　　　　　　　　　Chicago, IL 60654-3456
igershengorn@jenner.com　　　　　　　　　Telephone: 312 222-9350
　　　　　　　　　　　　　　　　　　　　　Facsimile: 312 527-0484
　　　　　　　　　　　　　　　　　　　　　dberman@jenner.com
　　　　　　　　　　　　　　　　　　　　　wthomson@jenner.com
　　　　　　　　　　　　　　　　　　　　　cberlow@jenner.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant Instant Checkmate LLC*

**CERTIFICATE OF SERVICE**

    I, Debbie L. Berman, certify that on March 27, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                                           /s/ *Debbie L. Berman*
                                                           Debbie L. Berman