IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Fischer and Stephanie Lukis, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Instant Checkmate LLC,<br><br>Defendant. | Case No. 1:19-cv-04892<br><br>Honorable Manish S. Shah |

## JOINT MOTION TO SUSPEND BRIEFING ON DEFENDANT'S MOTION TO DECERTIFY CLASS AND SET FURTHER STATUS

Plaintiffs Robert Fischer and Stephanie Lukis and Defendant Instant Checkmate LLC (collectively, "the Parties"), by and through their attorneys, respectfully request that the Court suspend briefing on Defendant's Motion for Decertification (dkt. 244), pending presentment of the Parties' settlement for Court approval.

1. With the assistance of the Hon. Sidney I. Schenkier (Ret.) as mediator, the Parties have reached a settlement in principle, reflected in a Memorandum of Understanding. The Parties anticipate completing a formal settlement agreement and preparing papers seeking preliminary approval of the settlement within thirty (30) days. The Parties appreciate the Court's patience, which has allowed them to reach a settlement of this action.

2. The Parties respectfully request that the Court set a status at its convenience after thirty (30) days, at which time the Parties anticipate the motion for preliminary approval will be on file.

Dated: May 15, 2023

Respectfully Submitted,

| | |
|---|---|
| INSTANT CHECKMATE LLC | ROBERT FISCHER, STEPHANIE LUKIS |
| By: /s/ Debbie L. Berman (with permission) | By: /s/ Yaman Salahi |

Debbie L. Berman, #6205154
Wade A. Thomson, # 6282174
Clifford W. Berlow, #6292383
JENNER & BLOCK LLP
353 N. Clark Street
Chicago, IL 60654-3456
Telephone: 312 222-9350
Facsimile: 312 527-0484
dberman@jenner.com
wthomson@jenner.com
cberlow@jenner.com

Ian Heath Gershengorn (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001-4412
Telephone: 202 639-6000
Facsimile: 202 639-6066
igershengorn@jenner.com

*Attorneys for Defendant Instant Checkmate LLC*

Roberto Luis Costales, #6329085
William H. Beaumont, #6323256
BEAUMONT COSTALES LLC
107 W. Van Buren, Suite 209
Chicago, IL 60605
Telephone: 773 831-8000
rlc@beaumontcostales.com
whb@beaumontcostales.com

Benjamin Richman
brichman@edelson.com
Ari Scharg
ascharg@edelson.com
Michael W. Ovca
movca@edelson.com
Schuyler Ufkes
sufkes@edelson.com
EDELSON PC
350 North Lasalle Street, 14th Floor
Chicago, Illinois 60654
Tel: 312.589.6370

Yaman Salahi
ysalahi@edelson.com
EDELSON PC
150 California Street, 18th Floor
San Francisco, CA 94111
Tel: 415.638.9903

Philip L. Fraietta
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150

*Class Counsel*

## **CERTIFICATE OF SERVICE**

I, Yaman Salahi, certify that on May 15, 2023, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

/s/ Yaman Salahi