IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Fischer and Stephanie Lukis, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> Instant Checkmate LLC, <br><br> Defendant. | Case No. 1:19-cv-04892 <br><br> Honorable Manish S. Shah |

## JOINT STATUS REPORT ON SETTLEMENT

Pursuant to the Court's July 17, 2023 minute order, (Dkt. 258), Plaintiffs Robert Fischer and Stephanie Lukis and Defendant Instant Checkmate LLC (collectively, "the Parties"), by and through their attorneys, submit the below joint status report on the finalization of the Parties' proposed class action settlement of this matter:

1. The Parties reached a settlement in principle of this action in May 2023, with the assistance of the Hon. Sidney I. Schenkier (Ret.) as mediator. The Parties previously requested that the Court suspend briefing on Defendant's motion to decertify the Class pending presentment of that settlement for approval, which the Court granted. (Dkt. 254.) The Court ordered the Parties to submit a joint status report or move for preliminary approval of the proposed settlement by August 4, 2023. (Dkt. 258.)

2. Since the Parties' last status report, they have continued to work diligently on finalizing a full settlement agreement and all supporting documents, including circulating multiple redlined drafts and conferencing to discuss the same. The Parties have made significant progress. The Parties continue to work to resolve an outstanding issue with respect to wording in one element

of the notice exhibits. They have exchanged multiple competing proposals and have conferred in an effort to resolve their differences on this point.

3. Mindful that the Court has already extended this deadline, the Parties respectfully request a final twenty-one days to complete the drafting and signature-gathering process. The Parties are, of course, more than willing to attend a status conference with the Court to apprise it of their progress and the particulars of their remaining disagreement.

4. In order to allow the Parties to complete the drafting process, obtain signatures to the final settlement, and for Plaintiffs to finalize their preliminary approval and related filings, the Parties respectfully request that the Court enter a similar order to docket entry 258, with a deadline of August 25, 2023, or other similar deadline at the Court's convenience.

Dated: August 4, 2023

| Respectfully Submitted, | Respectfully Submitted, |
|---|---|
| INSTANT CHECKMATE LLC | ROBERT FISCHER, STEPHANIE LUKIS |
| By: /s/ Debbie L. Berman (with permission) | By: /s/ Michael W. Ovca |
| Debbie L. Berman, #6205154<br>Wade A. Thomson, # 6282174<br>Clifford W. Berlow, #6292383<br>JENNER & BLOCK LLP<br>353 N. Clark Street<br>Chicago, IL 60654-3456<br>Telephone: 312 222-9350<br>Facsimile: 312 527-0484<br>dberman@jenner.com<br>wthomson@jenner.com<br>cberlow@jenner.com<br><br>Ian Heath Gershengorn (*pro hac vice*)<br>JENNER & BLOCK LLP<br>1099 New York Avenue, NW, Suite 900<br>Washington, DC 20001-4412<br>Telephone: 202 639-6000 | Roberto Luis Costales, #6329085<br>William H. Beaumont, #6323256<br>BEAUMONT COSTALES LLC<br>107 W. Van Buren, Suite 209<br>Chicago, IL 60605<br>Telephone: 773 831-8000<br>rlc@beaumontcostales.com<br>whb@beaumontcostales.com<br><br>Benjamin Richman<br>brichman@edelson.com<br>Ari Scharg<br>ascharg@edelson.com<br>Michael W. Ovca<br>movca@edelson.com<br>Schuyler Ufkes<br>sufkes@edelson.com |

| | |
|---|---|
| Facsimile: 202 639-6066<br>igershengorn@jenner.com<br><br>*Attorneys for Defendant Instant Checkmate LLC* | EDELSON PC<br>350 North Lasalle Street, 14th Floor<br>Chicago, Illinois 60654<br>Tel: 312.589.6370<br><br>Yaman Salahi<br>ysalahi@edelson.com<br>EDELSON PC<br>150 California Street, 18th Floor<br>San Francisco, CA 94111<br>Tel: 415.638.9903<br><br>Philip L. Fraietta<br>pfraietta@bursor.com<br>BURSOR & FISHER, P.A.<br>1330 Avenue of the Americas, 32nd Fl<br>New York, New York 10019<br>Tel: 646.837.7150<br><br>*Class Counsel* |