## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Robert Fischer, et al.
                            Plaintiff,

v.                                                          Case No.: 1:19–cv–04892
                                                               Honorable Manish S. Shah

Instant Checkmate LLC.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2024:

        MINUTE entry before the Honorable Manish S. Shah: Final approval hearing held. For the reasons stated in open court, the motion for final approval of class action settlement [283] is granted. Enter Final Approval Order. The motions for attorneys' fees [278] and for leave to file excess pages [282] are granted. The late claims, as identified by the claims administrator and described on the record, are allowed without objection. Terminate civil case. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.